AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| MULHOLLAND ENERGYSERVICES, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:24-CV-93-XR |
| KLAUS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KLAUS, INC.

Date:  01/31/2024

*Attorney's signature*

Jason S. Taylor, Texas Bar No. 24008126
*Printed name and bar number*

4100 First Place Tower
15 East 5th Street
Tulsa, Oklahoma  74103

*Address*

jtaylor@cwlaw.com
*E-mail address*

(918) 586-8975
*Telephone number*

(918) 586-8675
*FAX number*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 31th day of January, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jason Lee Van Dyke

_____
Jason S. Taylor