## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MULHOLLAND ENERGY SERVICES, LLC

vs.                                                    Case No.:  5:24-CV-93-XR

KLAUS, INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now P. SCOTT HATHAWAY, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent KLAUS, INC. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) CONNER & WINTERS, LLP with offices at:

   Mailing address: 4100 FIRST PLACE TOWER, 15 EAST FIFTH STREET

   City, State, Zip Code: TULSA, OK 74103

   Telephone: 918 586 8510    Facsimile: 918 586 8610

2. Since September 20, 1989, Applicant has been and presently is a member of and in good standing with the Bar of the State of OKLAHOMA. Applicant's bar license number is 13695.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Northern District of Oklahoma | December 6, 1990 |
   | US Court of Appeals Tenth Circuit | November 7, 1995 |
   | Eastern District of Oklahoma | August 2, 2002 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: JASON S. TAYLOR

Mailing address: 4100 FIRST PLACE TOWER, 15 EAST 5TH STREET

City, State, Zip Code: TULSA, OK 74103

Telephone: (918) 586-8975

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of P. SCOTT HATHAWAY to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

P. SCOTT HATHAWAY
[printed name of Applicant]

*/s/ P. Scott Hathaway*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 31 day of _____, 2024.

P. SCOTT HATHAWAY
[printed name of Applicant]

*/s/ P. Scott Hathaway*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

vs.                                                   Case No.:

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _____, counsel for _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _____ may appear on behalf of _____ in the above case.

IT IS FURTHER ORDERED that _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.