UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MULHOLLAND ENERGY SERVICES, LLC

vs.                                            Case No.: 5:24-CV-93-XR

KLAUS, INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ryan T. Scharnell, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Klaus, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Conner & Winters, LLP with offices at:

   Mailing address: 4100 First Place Tower, 15 East 5th Street
   City, State, Zip Code: Tulsa, Oklahoma 74103
   Telephone: (918) 586-5717      Facsimile: (918) 586-8617

2. Since September 23, 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Oklahoma. Applicant's bar license number is 30244.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Northern District of Oklahoma | November 2, 2011 |
   | 10th Circuit Court of Appeals | November 24, 2015 |
   | 6th Circuit Court of Appeals | September 22, 2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Jason S. Taylor

Mailing address: 4100 First Place Tower, 15 East 5th Street

City, State, Zip Code: Tulsa, Oklahoma 74103

Telephone: (918) 586-8975

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Ryan T. Scharnell to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Ryan T. Scharnell
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1st day of February, 2024.

Ryan T. Scharnell
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

MULHOLLAND ENERGY SERVICES, LLC

vs.

KLAUS, INC.

Case No.: 5:24-CV-93-XR

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Ryan T. Scharnell, counsel for Klaus, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Ryan T. Scharnell may appear on behalf of Klaus, Inc. in the above case.

IT IS FURTHER ORDERED that Ryan T. Scharnell, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20_____.

Please Choose Judge