UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MULHOLLAND ENERGY SERVICES, LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO. SA-24-CA-00093-XR** |
| § | |
| § | |
| **KLAUS, INC.** § | |
| § | |
| **Defendant.** § | |

**DEFENDANT KLAUS, INC.'S ADVISORY TO THE COURT**

Defendant Klaus, Inc., (hereinafter, "Klaus"), hereby submits this Advisory to the Court pursuant to this Court's Standing Order Concerning Removed Cases filed January 30, 2024.

  **A.**  **ADVISORY TO THE COURT**

1. Although Plaintiff's Original Petition was filed on September 28, 2023, Plaintiff failed to serve Klaus as acknowledged in its Affidavit of Non-Service, filed on December 26, 2023. The Plaintiff's First Amended Petition filed on December 26, 2023, states that Klaus had not yet been served. Subsequent to December 26, 2023, counsel for Plaintiff and counsel for Defendant Klaus agreed Defendant Klaus would accept service of the Petition as of January 2, 2024. *See* Exhibit 1, attached hereto, email between Counsel. Thus, the Notice of Removal filed January 23, 2024 [Dkt. No. 1] was filed less than 30 days after service. *See* 28 U.S.C. § 1446(b).

2. Defendant Klaus, the only defendant in this action, is not a citizen of Texas.

3. Not applicable. Defendant Klaus is the only defendant in this action, and thus there are no other defendants who could join in the Notice of Removal.

4. This case was removed from Atascosa County.

## PRAYER

WHEREFORE, Defendant Klaus, LLC respectfully requests that this Honorable Court remove the State Court Action styled *Mulholland Energy Services, LLC v. Klaus, Inc.* and designated as Case No. 23-09-0608-CVA, in the County Court at Law of Atascosa County, Texas, to this Federal court.

Respectfully submitted,

**CONNER & WINTERS, LLP**

*s/ Ryan Scharnell*

Scott P. Hathaway
OK State Bar No. 13695
Ryan T. Scharnell
OK State Bar No. 30244
4100 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma  74103
Tel. (918) 586-5711 | Fax (918) 586-8547
E-Mail: shathaway@cwlaw.com
rscharnell@cwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was served on this 6th day of February 2024, pursuant to the Federal Rules of Civil Procedure, CM/ECF, to:

Magana & Van Dyke, PLLC
Jason Lee Van Dyke
Texas Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209

*s/ Ryan Scharnell*
Ryan T. Scharnell