# EXHIBIT 1

# Email between Counsel Agreeing to Service Date of Jan. 2, 2024

**Philip Racusin**

| | |
|---|---|
| **From:** | Jason Van Dyke <jason@marsalalawgroup.com> |
| **Sent:** | Tuesday, January 2, 2024 6:01 PM |
| **To:** | Scott Hathaway |
| **Subject:** | RE: Petition |

**[External Email]**

We are in agreement.

# Magana & Van Dyke, PLLC

### Jason L. Van Dyke
**Attorney at Law, Receiver**
1417 E. McKinney Street
Suite 110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031

Licensed to practice law in Texas, Colorado, Georgia and the District of Columbia.

**From:** Scott Hathaway <shathaway@cwlaw.com>
**Sent:** Tuesday, January 2, 2024 5:16 PM
**To:** Jason Van Dyke <jason@marsalalawgroup.com>
**Cc:** Isaac R. Ellis <IEllis@cwlaw.com>; Shelly D. Jones <SJones@cwlaw.com>
**Subject:** RE: Petition

Jason,

It was good speaking with you today. As we discussed today, I have agreed to accept service of the Petition referenced below against Klause, Inc. We also agreed that my client's deadline for filing a responsive pleading is January 24, 2024. Please reply to this email stating your agreement to this deadline. I look forward to working with you on this matter.

Best,

Scott



**Scott Hathaway | Partner**
**P:** 918.586.8510 | **C:** 918.850.3436

**From:** Jason Van Dyke <jason@marsalalawgroup.com>
**Sent:** Thursday, December 28, 2023 4:20 PM
**To:** Scott Hathaway <shathaway@cwlaw.com>
**Subject:** Re: Petition

**[External Email]**

1

I hope I can call you Tuesday. Out of town on vacation until then

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone
Get Outlook for Android

**From:** Scott Hathaway <shathaway@cwlaw.com>
**Sent:** Thursday, December 28, 2023 3:55:13 PM
**To:** Jason Van Dyke <jason@marsalalawgroup.com>
**Subject:** RE: Petition

Jason,

I have spoken with my client about this matter. Please give me a call and we can discuss the matter further, including a date of service and corresponding answer date. I plan to bring the Project Owner in as a third party defendant as they have not paid my client for your client's services.

Thanks,

Scott



**Scott Hathaway | Partner**
**Conner & Winters, LLP**
15 E 5th St
Suite 4100
Tulsa, OK 74103
**P:** 918.586.8510 | **C:** 918.850.3436
**E:** shathaway@cwlaw.com

cwlaw.com |



This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure. Any recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

**From:** Jason Van Dyke <jason@marsalalawgroup.com>
**Sent:** Wednesday, December 27, 2023 4:34 PM
**To:** Scott Hathaway <shathaway@cwlaw.com>
**Subject:** Petition

**[External Email]**

# Magana & Van Dyke, PLLC

## Jason L. Van Dyke
**Attorney at Law, Receiver**
1417 E. McKinney Street
Suite 110

Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031

Licensed to practice law in Texas, Colorado, Georgia and the District of Columbia.