## UNSWORN DECLARATION FOR SUIT ON A SWORN ACCOUNT

1. My name is **Stacey Parker**.

2. I am the **Office & Collections Mgr** of **Mulholland Energy Services** ("Plaintiff") and I have care, custody and control of all records concerning the account of **Klaus, Inc** ("Defendant" or "Defendants").

3. These records show that, as of **June 8**, 20**22** the total principal balance of $ **89,097.36** (USD), exclusive of interest, is due and payable by Defendant to Plaintiff and demand for payment was made more than 30 days ago.

4. I hereby aver that the claim attached to Plaintiff's Original Petition is within my personal knowledge, is just and true, is due by Defendant to Plaintiff, and that all just and lawful offsets, payments, and credits to this account have been allowed..

My name is **Stacey Parker**, my date of birth is **8/22/66**, and my address is **10308 WCR 72, Midland TX 79707** in **Midland** County/Parish, State of **Texas**, U.S.A.. I declare under penalty of perjury that I have read this unsworn declaration, that its contents are within my personal knowledge, and that it is true and correct.

Executed in **Midland** County/Parish, State of **Texas**, U.S.A. on **August 14**, 20**23**.

/s/ **Stacey Parker**
Declarant

UNSWORN DECLARATION

*Original Petition*

Page 15