# EXHIBIT 1

# Email between Counsel Agreeing to Service Date of Jan. 2, 2024

**Philip Racusin**

| | |
|---|---|
| **From:** | Jason Van Dyke <jason@marsalalawgroup.com> |
| **Sent:** | Tuesday, January 2, 2024 6:01 PM |
| **To:** | Scott Hathaway |
| **Subject:** | RE: Petition |

[External Email]

We are in agreement.

## Magana & Van Dyke, PLLC

## Jason L. Van Dyke
**Attorney at Law, Receiver**
1417 E. McKinney Street
Suite 110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031

Licensed to practice law in Texas, Colorado, Georgia and the District of Columbia.

**From:** Scott Hathaway <shathaway@cwlaw.com>
**Sent:** Tuesday, January 2, 2024 5:16 PM
**To:** Jason Van Dyke <jason@marsalalawgroup.com>
**Cc:** Isaac R. Ellis <IEllis@cwlaw.com>; Shelly D. Jones <SJones@cwlaw.com>
**Subject:** RE: Petition

Jason,

It was good speaking with you today. As we discussed today, I have agreed to accept service of the Petition referenced below against Klause, Inc.  We also agreed that my client's deadline for filing a responsive pleading is January 24, 2024.  Please reply to this email stating your agreement to this deadline.  I look forward to working with you on this matter.

Best,

Scott



**Scott Hathaway** | Partner
**P:** 918.586.8510 | **C:** 918.850.3436

**From:** Jason Van Dyke <jason@marsalalawgroup.com>
**Sent:** Thursday, December 28, 2023 4:20 PM
**To:** Scott Hathaway <shathaway@cwlaw.com>
**Subject:** Re: Petition

[External Email]

I hope I can call you Tuesday. Out of town on vacation until then

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Scott Hathaway <shathaway@cwlaw.com>
**Sent:** Thursday, December 28, 2023 3:55:13 PM
**To:** Jason Van Dyke <jason@marsalalawgroup.com>
**Subject:** RE: Petition

Jason,

I have spoken with my client about this matter. Please give me a call and we can discuss the matter further, including a date of service and corresponding answer date. I plan to bring the Project Owner in as a third party defendant as they have not paid my client for your client's services.

Thanks,

Scott



**Scott Hathaway** | Partner
**Conner & Winters, LLP**
15 E 5th St
Suite 4100
Tulsa, OK 74103
**P:** 918.586.8510 | **C:** 918.850.3436
**E:** shathaway@cwlaw.com
cwlaw.com |



This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure. Any recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

---

**From:** Jason Van Dyke <jason@marsalalawgroup.com>
**Sent:** Wednesday, December 27, 2023 4:34 PM
**To:** Scott Hathaway <shathaway@cwlaw.com>
**Subject:** Petition

**[External Email]**

---

**Magana & Van Dyke, PLLC**

**Jason L. Van Dyke**
**Attorney at Law, Receiver**
1417 E. McKinney Street
Suite 110

Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031

Licensed to practice law in Texas, Colorado, Georgia and the District of Columbia.

# Defendant's Request for Case Summary

# February 12, 2023

```
                    ATASCOSA COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
                              CAUSE # 23-09-0608-CVA

=================================================================================================
   MULHOLLAND ENERGY SERVICES, LLC        ATTORNEY: VAN DYKE, JASON LEE
                                                   1417 E. MCKINNEY STREET
                                                   DENTON, TX 76209
                                                   (940)382-1976

                              --VS.--

   KLAUS, INC.                            ATTORNEY:

CAUSE OF ACTION: DEBT/CONTRACT - DEBT/CONTRACT
FILE DATE: 09/28/2023

=================================================================================================
DATE          NATURE OF PROCEEDINGS                           AMOUNT  USER
              REMARKS
=================================================================================================
09/28/2023    CIVIL ORIGINAL PETITION                        $350.00  AREYNOLDS

09/28/2023    CITATION ISSUED                                  $8.00  AREYNOLDS
              KLAUS, INC.

09/28/2023    POSTAGE (16-20 PAGES)                            $3.00  AREYNOLDS
              MAILED OUT 10/3/2023

12/25/2023    POSTAGE (16-20 PAGES)                            $3.00  JPALACIOS
              MAILED 1/2/24

12/25/2023    CITATION ISSUED                                  $8.00  JPALACIOS
              KLAUS INC.

12/25/2023    PLAINTIFFS FIRST AMENDED PETITION                $0.00  JPALACIOS

12/25/2023    AFFIDAVIT                                        $0.00  JPALACIOS
              OF NON-SERVICE- KLAUS, INC.

01/25/2024    NOTICE OF REMOVAL                                $0.00  AVILLALOBOS
              CASE 5:24-CV-00093 WETSERN DISTRICT OF TEXAS

TOTAL PLEADINGS LISTED: 14
```

Filed 2/26/2024 9:56 AM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Andrea Villalobos

## CAUSE NO. 23-09-0608-CVA

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW OF |
| | § | |
| KLAUS, INC. | § | |
| | § | |
| Defendant. | § | ATASCOSA COUNTY, TEXAS |

## <u>DEFENDANT'S REQUEST FOR CASE SUMMARY</u>

TO:     Clerk of the Court

**PLEASE TAKE NOTICE** that Defendant, Klaus, Inc., by and through their attorney of record, hereby request a copy of the Court's Case Summary for submission to the United States District Court for the Western District of Texas.

Respectfully submitted:

**CONNER & WINTERS, LLP**

*s/Jason S. Taylor*
_____

Jason S. Taylor
Texas Bar No. 24008126
4100 First Place Tower
15 East 5th Street
Tulsa, Oklahoma  74103
(918) 586-8975
jtaylor@cwlaw.com

**ATTORNEYS FOR DEFENDANT
KLAUS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing *Request* was served on February 12, 2024, via e-mail and/or U.S. Mails, all postage prepaid thereon, as shown below, addressed to:

Magana & Van Dyke, PLLC
Jason Lee Van Dyke
Texas Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email: jason@marsalalawgroup.com
**ATTORNEY FOR PLAINTIFF**
**MULHOLLAND ENERGY**
**SERVICES, LLC**

*s/Jason S. Taylor*
Jason S. Taylor

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cassandra Copeland on behalf of Jason Taylor
Bar No. 24008126
cdcopeland@cwlaw.com
Envelope ID: 84389887
Filing Code Description: Request
Filing Description: Defendant's Request for Case Summary
Status as of 2/13/2024 9:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason  LeeVan Dyke | | jason@marsalalawgroup.com | 2/12/2024 9:56:50 AM | SENT |
| Philip  DRacusin | | pracusin@cwlaw.com | 2/12/2024 9:56:50 AM | SENT |
| Janet Cook | | jcook@cwlaw.com | 2/12/2024 9:56:50 AM | SENT |
| Scott PHathaway | | phathaway@cwlaw.com | 2/12/2024 9:56:50 AM | SENT |

Logon

**Case Number: 23-09-0608-CVA**

| Date | Description | Pages | | |
|------|-------------|-------|---|---|
| 09/28/2023 | CIVIL ORIGINAL PETITION | 15 | Preview Document | Add To Cart |
| 09/28/2023 | CITATION ISSUED | 2 | Preview Document | Add To Cart |
| 09/28/2023 | COPIES | N/A | No Image On File | No Purchase |
| 09/28/2023 | POSTAGE (16-20 PAGES) | N/A | No Image On File | No Purchase |
| 09/29/2023 | RECEIPT ISSUED | N/A | No Image On File | No Purchase |
| 12/25/2023 | POSTAGE (16-20 PAGES) | N/A | No Image On File | No Purchase |
| 12/25/2023 | COPIES | N/A | No Image On File | No Purchase |
| 12/25/2023 | CITATION ISSUED | 2 | Preview Document | Add To Cart |
| 12/25/2023 | PLAINTIFFS FIRST AMENDED PETITION | 18 | Preview Document | Add To Cart |
| 12/27/2023 | RECEIPT ISSUED | N/A | No Image On File | No Purchase |
| 12/25/2023 | AFFIDAVIT | 1 | Preview Document | Add To Cart |
| 01/25/2024 | NOTICE OF REMOVAL | 35 | Preview Document | Add To Cart |

<<  <  >  >>   12 Lines

Back to Case List      Case Info

Record is new

# Plaintiff's Original Petition

# Sept. 28, 2023

23-09-0608-CVA

CAUSE NO. _____

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| KLAUS, INC. | § | |
| Defendant. | § | ATASCOSA COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### I.    DISCOVERY CONTROL PLAN

1.1    This is a track one case. Plaintiff seeks monetary relief in the amount of $250,000.00 or less including damages of any kind, pre-judgment interest, and attorney fees. This is an expedited action.

### II.    PARTIES

2.1    Plaintiff is Mulholland Energy Services, LLC ("Plaintiff"), a Texas limited liability company, whose address is 10308 WCR 72, Midland, TX 79707.

2.2    Defendant, Klaus, Inc., an Oklahoma Corporation, may be served with process by and through its registered agent, Kelly D. Klaus, at 7403 E Eseco Road, Cushing, OK 74023

2.3    Jurisdiction is proper because Plaintiff seeks monetary damages that are within the jurisdictional limits of this Court.

2.4    Venue is appropriate in this Court because all or part of the goods purchased or services rendered were performed in Pleasanton, Texas within Atascosa County.

### III.    FACTS

3.1    In the ordinary course of business Plaintiff sold to Defendant one or more items

ORIGINAL PETITION

Filed 9/28/2023 3:36 PM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Ashley Reynolds

of goods, wares, merchandise, or services, as described, and shown on the invoices attached hereto as Exhibit "A" and incorporated by reference herein.

3.2     This account represents a transaction or series of transactions for which a systematic record has been kept.

3.3     The prices charged for each item were just and true because they were either (a) according to the terms of a written contract; or (b) the usual, customary, and reasonable prices for each item.

3.4     The account remains unpaid. The principal balance due to Plaintiff on the account is $89,097.36, exclusive of interest, after all just and lawful offsets, payments, and credits have been allowed.

3.5     This is a suit on a sworn account brought pursuant to Rule 185 of the Texas Rules of Civil Procedure. See Ex. B.

3.6     All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## IV.     ATTORNEY FEES

4.1     The failure and refusal of Defendant to pay its lawful debts has made it necessary for Plaintiff employ the undersigned attorney to file suit. This claim was timely presented to Defendant remains unpaid. Reasonable fees for the attorney's services rendered and to be rendered through trial and appeal are at least $26,729.20. Plaintiff's entitlement to attorney fees is pursuant to Tex. Civ. Prac. & Rem. Code § 38.001(7).

## V.     PRAYER

ORIGINAL PETITION

5.1     Plaintiff prays that Defendant be cited to appear and answer and that;

     a.     Plaintiff be granted judgment  against Defendant for actual damages in the amount of $89,097.36;

     b.     Plaintiff be granted judgment for prejudgment and post-judgment interest at the highest rate permitted by law or contract;

     c.     Plaintiff be granted judgment for its reasonable attorney's fees in the amount of at least $26,729.20 with additional contingent amounts in the event of appellate proceedings;

     d.     Plaintiff be granted judgment for all costs of court; and

     e.     Plaintiff be granted all such further relief, in law and in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

**Magana & Van Dyke, PLLC**

/s/ Jason Lee Van Dyke
Jason Lee Van Dyke
Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email:  jason@marsalalawgroup.com

ORIGINAL PETITION

# Exhibit
## "A"



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2022 | 20220405041 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | | *Rig/Location* | Job Description |
|-------|---|----------------|-----------------|
| | | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| **P.O. No.** | **Co. Man** | **Drilling Rig** | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|---------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-03-30 | 17285 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-03-31 | 17286 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-01 | 17287 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-02 | 17351 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501


## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/9/2022 | 20220412053 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|----------------|
| Na Na | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |

| P.O. No. | Co. Man | Drilling Rig |
|----------|---------|--------------|
| NA | Shane Hallman | Na |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|---------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-04-04 | 17677 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-05 | 17678 | A | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-06 | 17946 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-07 | 17947 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17895 | | 141 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17896 | | 141 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17949 | Na | Na | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-09 | 17951 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $19,200.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $19,200.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19,200.00 |

501


**MULHOLLAND**
ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2022 | 20220419018 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|----------------|
|  | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| **P.O. No.** | **Co. Man** | **Drilling Rig** | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|-----------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-04-11 | 17953 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Mob/Demob | 2022-04-12 | 18577 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Per Diem | 2022-04-12 | 18577 | | 155 | | Day | 1 | 250.00 | 250.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| Subtotal | $5,050.00 |
|----------|-----------|
| Sales Tax (6.75%) | $0.00 |
| Total | $5,050.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $5,050.00 |

501



## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2022 | 20220503042 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**

| AFE # | | *Rig/Location* | Job Description |
|-------|--|----------------|----------------|
| | | CUSHING TERMINAL | provide hydrovac to spot underground line and utilitics |
| **P.O. No.** | **Co. Man** | **Drilling Rig** | |
| | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|-----------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-04-27 | 20029 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-28 | 19953 | Na | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-29 | 19954 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-30 | 19955 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|--|--|
| **Subtotal** | $9,600.00 |
| **Sales Tax  (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501



**MULHOLLAND**
ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2022 | 20220509082 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|-----------------|
| | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |

| P.O. No. | Co. Man | Drilling Rig | |
|----------|---------|--------------|--|
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|-----------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-05-02 | 20805 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-03 | 20554 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-04 | 20558 | Na | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-05 | 20567 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|--|--|
| **Subtotal** | $9,600.00 |
| **Sales Tax  (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501



**MULHOLLAND**
**ENERGY SERVICES**

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2022 | 223831 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | | | Job Description |
|---|---|---|---|
| **P.O. Number** | **\*Rig/Location\*** | | POTHOLING -TRENCHING |
| manifold206 | Enbridge -M206/M223 cushing ok | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/9/2022 | Hydro Vac Truck 166 H24051 | 1 | 2,400.00 | 2,400.00 |
| 5/10/2022 | Hydro Vac Truck 166 H24052 | 1 | 2,400.00 | 2,400.00 |
| 5/11/2022 | Hydro Vac Truck 166 H24053 | 1 | 2,400.00 | 2,400.00 |
| 5/12/2022 | Hydro Vac Truck 166 H24054 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| **Total** | $9,600.00 |
|-----------|-----------|

501



# MULHOLLAND
## ENERGY SERVICES

**10308 WCR 72**
**Midland, TX 79707**
**(432)695-4111**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/21/2022 | 2204080 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | | | Job Description | |
|---|---|---|---|---|
| **P.O. Number** | **\*Rig/Location\*** | | POTHOLING AND TRENCHING | |
| Manifold 206 | ENBRIDGE -M206-M223-CUSHING, O | | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/16/2022 | Hydro Vac Truck 166 H24055- | 1 | 2,400.00 | 2,400.00 |
| 5/17/2022 | Hydro Vac Truck 166 H24056- | 1 | 2,400.00 | 2,400.00 |
| 5/18/2022 | Hydro Vac Truck 166 H24057 | 1 | 2,400.00 | 2,400.00 |
| 5/19/2022 | Hydro Vac Truck 166 H24058 | 1 | 2,400.00 | 2,400.00 |
| 5/20/2022 | Hydro Vac Truck 166 H24059 | 1 | 2,400.00 | 2,400.00 |
| 5/21/2022 | Hydro Vac Truck 166 H24060 | 1 | 2,400.00 | 2,400.00 |

| TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE. Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances. MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES. | **Total** | $14,400.00 |
|---|---|---|

501


## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/26/2022 | 224500 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | Job Description |
|---|---|
| | POTHOLING/TRENCHING |

| P.O. Number | *Rig/Location* | | |
|-------------|----------------|---|---|
| | Enbridge M206-M223-Cushing, OK | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/23/2022 | Hydro Vac Truck 166 H24061 | 1 | 2,400.00 | 2,400.00 |
| 5/24/2022 | Hydro Vac Truck 166 H24062 | 1 | 2,400.00 | 2,400.00 |
| 5/26/2022 | Hydro Vac Truck 166 H24063 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $7,200.00

501



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|---|---|
| 6/8/2022 | 225223 |

Bill To

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | Job Description |
|---|---|
| | Potholing- Trench |

| P.O. Number | *Rig/Location* | | | |
|---|---|---|---|---|
| | Enbridge -M206/M223 Cushing OK | | | |
| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
| 6/7/2022 | Hydro Vac Truck 166 -H24072 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Hydro Vac Truck 166 -H24073 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Fresh Water Fee-HYDRO | 30 | 1.50 | 45.00T |
| | Logan County Oklahoma Sales Tax | | 5.25% | 2.36 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $4,847.36

501

# Exhibit

## "B"

## UNSWORN DECLARATION FOR  SUIT ON A SWORN ACCOUNT

1.  My name is _Stacey Parker_ .

2.  I am the _Office & Collections Mgr_ of _Mulholland Energy Services_

    ("Plaintiff") and I have care, custody and control of all records concerning the account of

    _Klaus, Inc_ ("Defendant" or "Defendants").

3.  These records show that, as of _June 8_ , 20 _22_ the total principal balance

    of $ _89,097.36_ (USD), exclusive of interest, is due and payable by

    Defendant to Plaintiff and demand for payment was made more than 30 days ago.

4.  I hereby aver that the claim attached to Plaintiff's Original Petition is within my personal

    knowledge, is just and true, is due by Defendant to Plaintiff, and that all just and lawful

    offsets, payments, and credits to this account have been allowed..

My name is _Stacey Parker_ , my date of birth is

_8/22/66_ , and my address is _10308 WCR 72, Midland, TX 79707_

in _Midland_ County/Parish, State of _Texas_ , U.S.A.. I declare under

penalty of perjury that I have read this unsworn declaration, that its contents are within my

personal knowledge, and that it is true and correct.

Executed in _Midland_ County/Parish, State of _Texas_ , U.S.A. on

_August 14_ , 20 _23_ .

/s/ _Stacey Parker_
Declarant

UNSWORN DECLARATION

# Citation Issued

# Sept. 28, 2023

**CITATION** - personal service -TRC 99
Cause No. 23-09-0608-CVA

MULHOLLAND ENERGY SERVICES, LLC    §        IN THE COUNTY COURT AT LAW
-VS-                               §        OF
KLAUS, INC.                        §        ATASCOSA COUNTY, TEXAS

**THE STATE OF TEXAS**

TO: KLAUS INC., BY SERVING ITS REGISTERED AGENT KELLY D. KLAUS, 7403 E. ESECO ROAD, CUSHING, OK 74023, Defendant, Greeting-

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you.** In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at **TexasLawHelp.org."** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation, before the Honorable COUNTY COURT AT LAW Court of Atascosa County, Texas, at the Courthouse in said County in Jourdanton, Texas. Said PLAINTIFF'S ORIGINAL PETITION was filed in said court on the 28th day of September, 2023 in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of PLAINTIFF'S ORIGINAL PETITION accompany this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Jourdanton, Texas this 4th day of October, 2023.

Attorney for Plaintiff or Plaintiff:        Clerk of the Court:
JASON LEE VAN DYKE                           MARGARET E. LITTLETON, DISTRICT CLERK
1417 E. MCKINNEY STREET                      1 COURTHOUSE CIRCLE DR. STE. 4-B
DENTON, TX 76209                             JOURDANTON, TX 78026

                                            By: _____
                                                ASHLEY REYNOLDS, DEPUTY

## OFFICER'S RETURN

### CAUSE #23-09-0608-CVA

MULHOLLAND ENERGY SERVICES, LLC
-VS-
KLAUS, INC.

IN THE COUNTY COURT AT LAW
OF
ATASCOSA COUNTY, TEXAS

**NAME AND ADDRESS FOR SERVICE:**
KLAUS INC. BY SERVING ITS REGISTERED AGENT KELLY D. KLAUS
7403 E. ESECO ROAD
CUSHING, OK 74023

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

_____, Officer

**FEES:**
Serving Petition and Copy $ _____
Total                      $ _____

_____, County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following:

My name is _____, my date of birth is _____, and my address is _____
(First, Middle, Last)

_____
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # & expiration of certification)

# Citation Issued

# Dec. 25, 2023

**CITATION** - personal service -TRC 99
Cause No. 23-09-0608-CVA

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § | IN THE COUNTY COURT AT LAW |
| -VS- | § | OF |
| KLAUS, INC. | § | ATASCOSA COUNTY, TEXAS |

## THE STATE OF TEXAS

TO: KLAUS,INC. BY SERVING THROUGH THE TEXAS SECRETARY OF STATE, 7403 E. ESECO ROAD, CUSHING, OK 74023, Defendant, Greeting-

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org."**  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S FIRST AMENDED PETITION at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation, before the Honorable COUNTY COURT AT LAW Court of Atascosa County, Texas, at the Courthouse in said County in Jourdanton, Texas. Said PLAINTIFF'S FIRST AMENDED PETITION was filed in said court on the 26th day of December, 2023 in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of PLAINTIFF'S FIRST AMENDED PETITION accompany this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Jourdanton, Texas this 2nd day of January, 2024.

Attorney for Plaintiff or Plaintiff:
JASON LEE VAN DYKE
1417 E. MCKINNEY STREET, #110
DENTON, TX 76209

Clerk of the Court:
MARGARET E. LITTLETON, DISTRICT CLERK
1 COURTHOUSE CIRCLE DR. STE. 4-B
JOURDANTON, TX 78026

By: _____
JACQUIE PALACIOS, DEPUTY

## OFFICER'S RETURN

### CAUSE #23-09-0608-CVA

| | |
|---|---|
| **MULHOLLAND ENERGY SERVICES, LLC** | IN THE COUNTY COURT AT LAW |
| **-VS-** | OF |
| **KLAUS, INC.** | ATASCOSA COUNTY, TEXAS |

**NAME AND ADDRESS FOR SERVICE:**
KLAUS, INC. BY SERVING THROUGH THE TEXAS SECRETARY OF STATE
7403 E. ESECO ROAD
CUSHING, OK 74023

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the PLAINTIFF'S FIRST AMENDED PETITION, at the following times and places, to-wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**
Serving Petition and Copy $_____          _____, Officer
Total                          $_____          _____, County, Texas
                                                   By:_____, Deputy


                                                   _____
                                                   Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following:

My name is _____, my date of birth is _____, and my address is
                    (First, Middle, Last)
_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of _____.


                                   _____
                                   Declarant/Authorized Process Server

                                   _____
                                   (Id # & expiration of certification)

# Plaintiff's First Amended Petition

# Dec. 25, 2023

CAUSE NO. 23-09-0608-CVA

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW OF |
| | § | |
| KLAUS, INC. | § | |
| Defendant. | § | ATASCOSA COUNTY, TEXAS |

## PLAINTIFF'S FIRST AMENDED PETITION

### I.     DISCOVERY CONTROL PLAN

1.1     This is a track one case. Plaintiff seeks monetary relief in the amount of

$250,000.00 or less including damages of any kind, pre-judgment interest, and

attorney fees. This is an expedited action.

### II.     PARTIES

2.1     Plaintiff is Mulholland Energy Services, LLC ("Plaintiff"), a Texas limited

liability company, whose address is 10308 WCR 72, Midland, TX 79707.

2.2     Defendant, Klaus, Inc., an Oklahoma corporation, may be served with process by

and through the Texas Secretary of State because (a) Klaus, Inc. is a foreign entity

that has failed to appoint or does not maintain a registered agent in the State of

Texas; and (b) Defendant's registered agent in the State of Oklahoma could not,

with reasonable diligence, be located at the registered office. Tex. Bus. Orgs.

Code § 5.251(1)(A)-(B).  This entity does not maintain an address on file with the

Texas Secretary of State. However, the most recent address of this entity on file

with the Oklahoma Secretary of State is 7403 E Eseco Road, Cushing, OK 74023.

See Ex. C.

Filed 12/26/2023 12:00 AM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Jacquie Palacios

FIRST AMENDED PETITION

2.3   Jurisdiction is proper because Plaintiff seeks monetary damages that are within the jurisdictional limits of this Court.

2.4   Venue is appropriate in this Court because Defendant's principal office is located in Harris County, Texas.

### III.   FACTS

3.1   In the ordinary course of business Plaintiff sold to Defendant one or more items of goods, wares, merchandise, or services, as described, and shown on the invoices attached hereto as Exhibit "A" and incorporated by reference herein.

3.2   This account represents a transaction or series of transactions for which a systematic record has been kept.

3.3   The prices charged for each item were just and true because they were either (a) according to the terms of a written contract; or (b) the usual, customary, and reasonable prices for each item.

3.4   The account remains unpaid. The principal balance due to Plaintiff on the account is $89,097.36, exclusive of interest, after all just and lawful offsets, payments, and credits have been allowed.

3.5   This is a suit on a sworn account brought pursuant to Rule 185 of the Texas Rules of Civil Procedure. See Ex. B.

3.6   All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

### IV.   ATTORNEY FEES

FIRST AMENDED PETITION

4.1     The failure and refusal of Defendant to pay its lawful debts has made it

necessary for Plaintiff employ the undersigned attorney to file suit. This claim

was timely presented to Defendant remains unpaid. Reasonable fees for the

attorney's services rendered and to be rendered through trial and appeal are at

least $26,729.20. Plaintiff's entitlement to attorney fees is pursuant to Tex. Civ.

Prac. & Rem. Code § 38.001(7).

### V.     PRAYER

5.1     Plaintiff prays that Defendant be cited to appear and answer and that;

    a.     Plaintiff be granted judgment  against Defendant for actual
damages in the amount of $89,097.36

    b.     Plaintiff be granted judgment for prejudgment and post-judgment
interest at the highest rate permitted by law or contract;

    c.     Plaintiff be granted judgment for its reasonable attorney's fees in
the amount of at least $26,729.20 with additional contingent
amounts in the event of appellate proceedings;

    d.     Plaintiff be granted judgment for all costs of court; and

    e.     Plaintiff be granted all such further relief, in law and in equity, to
which he may show himself to be justly entitled.

    Respectfully submitted,

    **Magana & Van Dyke, PLLC**

     /s/ Jason Lee Van Dyke
    Jason Lee Van Dyke
    Bar No. 24057426
    1417 E. McKinney St., #110
    Denton, TX 76209
    P – (940) 382-1976
    F – (469) 453-3031
    Email:  jason@marsalalawgroup.com

FIRST AMENDED PETITION

# Exhibit

# "A"



**MULHOLLAND**
**ENERGY SERVICES**

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2022 | 20220405041 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | | *Rig/Location* | Job Description |
|-------|--|----------------|----------------|
| | | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| P.O. No. | Co. Man | Drilling Rig | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|---------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-03-30 | 17285 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-03-31 | 17286 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-01 | 17287 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-02 | 17351 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501



## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|---|---|
| 4/9/2022 | 20220412053 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|---|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
| Na Na | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |

| P.O. No. | Co. Man | Drilling Rig |  |
|---|---|---|---|
| NA | Shane Hallman | Na |  |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-04-04 | 17677 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-05 | 17678 | A | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-06 | 17946 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-07 | 17947 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17895 |  | 141 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17896 |  | 141 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17949 | Na | Na |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-09 | 17951 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid
balances. Customer shall be responsible for any and all reasonable attorney fees associated
with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $19,200.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $19,200.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19,200.00 |

501



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2022 | 20220419018 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|-----------------|
| | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |

| P.O. No. | Co. Man | Drilling Rig |
|----------|---------|--------------|
| Manifold 206 | Shane Hallman | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|-----------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-04-11 | 17953 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Mob/Demob | 2022-04-12 | 18577 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Per Diem | 2022-04-12 | 18577 | | 155 | | Day | 1 | 250.00 | 250.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|--|--|
| **Subtotal** | $5,050.00 |
| **Sales Tax  (6.75%)** | $0.00 |
| **Total** | $5,050.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,050.00 |

501



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2022 | 20220503042 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**

| | AFE # | | *Rig/Location* | Job Description |
|---|---|---|---|---|
| | | | CUSHING TERMINAL | provide hydrovac to spot underground line and utilitis |
| P.O. No. | Co. Man | | Drilling Rig | |
| | Shane Hallman | | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-04-27 | 20029 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-28 | 19953 | Na | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-29 | 19954 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-30 | 19955 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid
balances. Customer shall be responsible for any and all reasonable attorney fees associated
with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501

 **MULHOLLAND**
E N E R G Y   S E R V I C E S

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2022 | 20220509082 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|----------------|
| | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| P.O. No. | Co. Man | Drilling Rig | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|-----------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-05-02 | 20805 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-03 | 20554 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-04 | 20558 | Na | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-05 | 20567 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501



**MULHOLLAND**
**ENERGY SERVICES**

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2022 | 223831 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | | | | Job Description | |
|---|---|---|---|---|---|
| **P.O. Number** | **\*Rig/Location\*** | | | POTHOLING -TRENCHING | |
| manifold206 | Enbridge -M206/M223 cushing ok | | | | |
| **DATE** | **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| 5/9/2022 | Hydro Vac Truck 166 H24051 | | 1 | 2,400.00 | 2,400.00 |
| 5/10/2022 | Hydro Vac Truck 166 H24052 | | 1 | 2,400.00 | 2,400.00 |
| 5/11/2022 | Hydro Vac Truck 166 H24053 | | 1 | 2,400.00 | 2,400.00 |
| 5/12/2022 | Hydro Vac Truck 166 H24054 | | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $9,600.00

501

Page 10



# MULHOLLAND
### ENERGY SERVICES

**10308 WCR 72**
**Midland, TX 79707**
**(432)695-4111**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/21/2022 | 2204080 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | | | Job Description |
|---|---|---|---|
| **P.O. Number** | **\*Rig/Location\*** | | POTHOLING AND TRENCHING |
| Manifold 206 | ENBRIDGE -M206-M223-CUSHING, O | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/16/2022 | Hydro Vac Truck 166 H24055- | 1 | 2,400.00 | 2,400.00 |
| 5/17/2022 | Hydro Vac Truck 166 H24056- | 1 | 2,400.00 | 2,400.00 |
| 5/18/2022 | Hydro Vac Truck 166 H24057 | 1 | 2,400.00 | 2,400.00 |
| 5/19/2022 | Hydro Vac Truck 166 H24058 | 1 | 2,400.00 | 2,400.00 |
| 5/20/2022 | Hydro Vac Truck 166 H24059 | 1 | 2,400.00 | 2,400.00 |
| 5/21/2022 | Hydro Vac Truck 166 H24060 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer
shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $14,400.00

501



**MULHOLLAND**
ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/26/2022 | 224500 |

Bill To

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | Job Description |
|--|-----------------|
| | POTHOLING/TRENCHING |

| P.O. Number | *Rig/Location* |
|-------------|----------------|
| | Enbridge M206-M223-Cushing, OK |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/23/2022 | Hydro Vac Truck 166 H24061 | 1 | 2,400.00 | 2,400.00 |
| 5/24/2022 | Hydro Vac Truck 166 H24062 | 1 | 2,400.00 | 2,400.00 |
| 5/26/2022 | Hydro Vac Truck 166 H24063 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $7,200.00

501



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2022 | 225223 |

Bill To

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Job Description |
|-----------------|
| Potholing- Trench |

| P.O. Number | *Rig/Location* | | | |
|-------------|----------------|----------|------|--------|
| | Enbridge -M206/M223 Cushing OK | | | |
| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
| 6/7/2022 | Hydro Vac Truck 166 -H24072 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Hydro Vac Truck 166 -H24073 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Fresh Water Fee-HYDRO | 30 | 1.50 | 45.00T |
| | Logan County Oklahoma Sales Tax | | 5.25% | 2.36 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer
shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| **Total** | $4,847.36 |
|-----------|-----------|

501

# Exhibit

## "B"

## UNSWORN DECLARATION FOR SUIT ON A SWORN ACCOUNT

1.  My name is _Stacey Parker_ .

2.  I am the _Office & Collections Mgr_ of _Mulholland Energy Services_

    ("Plaintiff") and I have care, custody and control of all records concerning the account of

    _Klaus, Inc_ ("Defendant" or "Defendants").

3.  These records show that, as of _June 8_ , 20_22_ the total principal balance

    of $ _89,097.36_ (USD), exclusive of interest, is due and payable by

    Defendant to Plaintiff and demand for payment was made more than 30 days ago.

4.  I hereby aver that the claim attached to Plaintiff's Original Petition is within my personal

    knowledge, is just and true, is due by Defendant to Plaintiff, and that all just and lawful

    offsets, payments, and credits to this account have been allowed..

My name is _Stacey Parker_ , my date of birth is

_8/22/66_ , and my address is _10308 WCR 72, Midland, TX 79707_

in _Midland_ County/Parish, State of _Texas_ , U.S.A.. I declare under

penalty of perjury that I have read this unsworn declaration, that its contents are within my

personal knowledge, and that it is true and correct.

Executed in _Midland_ County/Parish, State of _Texas_ , U.S.A. on

_August 14_ , 20_23_ .

/s/ _Stacey Parker_
Declarant

UNSWORN DECLARATION

# Exhibit

## "C"

# BUSINESS ENTITIES SEARCH - VIEW ENTITY

Print Page

Order Number:              63297170002

## Details

| | |
|---|---|
| Filing Number: | 1900573565 |
| Entity Name: | KLAUS, INC. |
| Status: | In Existence |
| Entity Type: | Domestic For Profit Business Corporation |
| Jurisdiction: | Oklahoma |
| Original Filing Date: | Sep 27 1996 |
| Duration: | Perpetual |
| Entity Address: | N/A |

## Registered Agent Information

| | |
|---|---|
| Name: | KELLY D. KLAUS |
| Effective: | Jun 25 2010 |
| Address: | 7403 E ESECO RD |
| City,State,ZipCode: | CUSHING   OK   74023 |

## FILING HISTORY :

| Document Number | Filing Type | Filing Date |
|---|---|---|
| 358319 | Certificate of Incorporation | September 27, 1996 |
| 14757000002 | Change of Registered Agent and/or Office | June 25, 2010 |

### NAMES INFORMATION

| Name | Name Type | Name Status | Creation Date |
|------|-----------|-------------|---------------|
| KLAUS, INC. | Legal | In use | September 27, 1996 |

### PRINCIPALS

| Name | Title |
|------|-------|
| JOHN E FORSYTH | Incorporator |

### TRADENAMES

No entries found.

### STOCKS INFORMATION

| Date | Stock Type | Number of Shares | PAR Value | Amount |
|------|-----------|------------------|-----------|--------|
| September 27, 1996 | Common (Voting) | 50000 | 1 | $0.00 |

POC:                        $0

TAC:                        $50000

Total Investment in OK:     $0

Qualified:                  NO

Copyright © 2021 Oklahoma Secretary of State

# Affidavit of Non-Service

# Dec. 25, 2023

## AFFIDAVIT OF NON-SERVICE

| Case:<br>23-09-0608-CVA | Court:<br>In The County Court At Law OF Atascosa County, Texas | | County:<br>Atascosa | Job:<br>10077413 (Kelly D. Klaus) |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Mulholland Energy Services, LLC | | | Defendant / Respondent:<br>Klaus, Inc. | |
| Received by:<br>Judiciary Process Servers | | | For:<br>Magana & Van Dyke, PLLC | |
| To be served upon:<br>Kelly D. Klaus | | | | |

I, Derrick Brown, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Kelly D. Klaus, 7403 East Eseco Road, Cushing, OK 74023

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   Plaintiff's Original Petition; Attachments/Exhibits , Citation (Issued 4th October, 2023); Officer's Return

**Additional Comments:**
1) Unsuccessful Attempt: Dec 12, 2023, 7:57 pm CST at 7403 East Eseco Road, Cushing, OK 74023
Attempted service, no answer at the door despite knocking for several minutes.
GPS Coordinates: 35.95496, -96.65590

2) Unsuccessful Attempt: Dec 13, 2023, 11:14 am CST at 7403 East Eseco Road, Cushing, OK 74023
Attempted service, no answer at the door despite knocking for several minutes.
GPS Coordinates: 35.95493, -96.65592

3) Unsuccessful Attempt: Dec 23, 2023, 8:07 am CST at 7403 East Eseco Road, Cushing, OK 74023
Attempted service, no answer at the door despite knocking for several minutes.
GPS Coordinates: 35.95491, -96.65599

_____          December 23, 2023
Derrick Brown                                           **Date**

Judiciary Process Servers
8482 Fort Smallwood Road, B-110
Pasadena, Maryland 21122

Filed 12/26/2023 12:00 AM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Jacquie Palacios

# Notice of Removal

# January 23, 2024

Filed 5/3/2024 PM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Andrea Villalobos

**CAUSE NO. 23-09-0608-CVA**

| | | |
|---|---|---|
| **MULHOLLAND ENERGY SERVICES, LLC** | § | **IN THE COUNTY COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW OF** |
| | § | |
| **KLAUS, INC.** | § | |
| | § | |
| **Defendant.** | § | **ATASCOSA COUNTY, TEXAS** |

<u>**NOTICE OF REMOVAL**</u>

TO:    Clerk of the Court

**PLEASE TAKE NOTICE** that on January 23, 2024, Defendant Klaus, Inc., removed this action to the United States District Court for the Western District of Texas, San Antonio Division, by filing a *Notice of Removal* in that Court, (a copy of which is attached hereto) as **Exhibit A**. This Court is divested of jurisdiction upon the filing of this Notice.

Respectfully submitted:

**CONNER & WINTERS, LLP**

*s/Scott Hathaway*

Scott P. Hathaway
OK State Bar No. 13695
15 E 5th Street, Suite 4100
Tulsa, Oklahoma 74103
Tel. (918) 586-5711 | Fax (918) 586-8547
E-Mail: shathaway@cwlaw.com

and

Philip Racusin
Texas State Bar No. 24054267
808 Travis Street, 23rd Floor
Houston, Texas 77002
Tel. (713) 650-3850 | Fax (713) 650-3851
E-Service: eserviceHOU@cwlaw.com
E-mail: PRacusin@cwlaw.com
**ATTORNEYS FOR DEFENDANT KLAUS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Notice of Removal* was served on January 23, 2024, via e-mail and/or U.S. Mails, all postage prepaid thereon, as shown below, addressed to:

Magana & Van Dyke, PLLC
Jason Lee Van Dyke
Texas Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email: jason@marsalalawgroup.com
**ATTORNEY FOR PLAINTIFF**
**MULHOLLAND ENERGY**
**SERVICES, LLC**

*s/Philip Racusin*
Philip Racusin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MULHOLLAND ENERGY SERVICES, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:24-cv-93** |
| | § | |
| **KLAUS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

---

## DEFENDANT KLAUS, INC.'S NOTICE OF REMOVAL

---

Defendant Klaus, Inc., (hereinafter, "Klaus"), hereby submits this Notice of Removal of the action from the County Court at Law of Atascosa County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, the District and Division encompassing the state court in which this action is pending. 28 U.S.C. § 124(a)(1). Klaus invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332, 1441, 1446 and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(a). Pursuant to 28 U.S.C. § 1446(a), Klaus provides the following statement of grounds for removal. In support, Klaus respectfully shows the Court as follows:

### A.    STATEMENT OF THE CASE

1.     On December 26, 2023, Plaintiff Mulholland Energy Services, LLC ("Plaintiff" or "MES") filed its First Amended Petition (the "Petition"), stating that Klaus could be served through the Texas Secretary of State, in the County Court at Law of Atascosa County, Texas, styled *Mulholland Energy Services, LLC v. Klaus, Inc.* and designated as Case No. 23-09-0608-

CVA (the "State Court Action").[1]  In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders received by Klaus from Plaintiff in this State Court Action and those records obtained directly from the Court's file for this State Court Action are attached hereto as ***Exhibit 1***.

2.      The Petition alleges that Plaintiff is suing Klaus for a "suit on a sworn account brought pursuant to Rule 185 of the Texas Rules of Civil Procedure."  Petition, ¶ 3.5.  For this State Court Action, Plaintiff is seeking a principal balance due of "$89.097.36, exclusive of interest" and "[r]easonable fees for attorney's services rendered and to be rendered through trial and appeal . . . [of] $26,729.20."  Petition, ¶ 3.4, 4.1.

3.      In support of its claims, Plaintiff alleges that "[i]n the ordinary course of business Plaintiff sold to Defendant one or more items of goods, wares, merchandise, or services, as described, and shown on the invoices attached hereto as Exhibit 'A'." Petition, ¶ 3.1 and its attached Exhibit A.  Plaintiff alleges that the prices charges were just and true and that the account remains unpaid.  *See* Petition, ¶¶ 3.3-3.4.  Klaus disputes Plaintiff's allegations.


**B.      BASIS FOR REMOVAL**

4.      Removal of the State Court Action is proper under 28 U.S.C. § 1441. The Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332(a), as a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

---

[1] According to online court records, Plaintiff had filed its Original Petition on September 28, 2023, and then made three unsuccessful service attempts on Defendant, as evidence by an Affidavit of Nonservice filed on December 26, 2023.  Plaintiff filed its First Amended Petition on December 26, 2023, acknowledging that Defendant had not yet been served and stating its intention to serve Defendant through the Texas Secretary of State.

EXHIBIT A

## I.     THERE IS COMPLETE DIVERSITY OF CITIZENSHIP BETWEEN THE PLAINTIFF MES AND DEFENDANT KLAUS.

5.     According to the Petition, Plaintiff MES is a Texas limited liability company.  *See* Petition ¶ 2.1.  The Petition identifies Plaintiff's address as 10308 WCR 72, Midland, TX 79707. *Id.*  This is located in Midland County, Texas.  Plaintiff is incorporated in Texas and has its principal place of business in Texas.  *See* 28 U.S.C. §§ 1332(c).   Therefore, Plaintiff is a citizen of the state of Texas.  *Id.*

6.     Defendant Klaus is an Oklahoma corporation—a foreign entity—as the Petition acknowledges. *See* Petition ¶ 2.2.  Its address is PO Box 1193, Drumright, OK 74030, Creek County, OK.   Defendant Klaus is incorporated in Oklahoma and has its principal place of business in Oklahoma.  *See* 28 U.S.C. §§ 1332(c).   Therefore, Defendant Klaus is a citizen of the state of Oklahoma  *Id*

7.     Accordingly, because Plaintiff MES is a citizen of Texas and Klaus is a citizen of Oklahoma, complete diversity of citizenship exists between Plaintiff and Klaus.  *See* 28 U.S.C. §§ 1332(a) and 1441(b).

## II.     THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

8.     The amount in controversy, exclusive of interest and costs, must exceed $75,000.00.  *See* 28 U.S.C. § 1332(a).

9.     Within the Petition, Plaintiff alleges that Klaus failed to pay the balance of $89,097.36, exclusive of interest on an alleged account between Plaintiff and Klaus.  *See* Petition ¶ 3.4.

10.     Plaintiff further alleges that attorney fees for services rendered and to be rendered through trial and appeal are at least $26,729.20.  *Id.* ¶ 4.1.

11.     Accordingly, the amount in controversy in the State Court Action exceeds $75,000.00, as required.  *See* 28 U.S.C. § 1332(a).

## III.    THE PROCEDURAL REQUIREMENTS OF REMOVAL ARE SATISFIED

12.     Pursuant to 28 U.S.C. § 1441(a), Klaus is removing this case to the United States District Court for the Western District of Texas, San Antonio Division.

13.     The removal is based on complete diversity of citizenship, and the only two parties to the State Court Action are the Plaintiff, a Texas citizen, and the Defendant, an Oklahoma citizen.  *See* 28 U.S.C. § 1441(b); *see also* 28 U.S.C. § 1332(a).  As stated in the initial pleadings, the amount in controversy exceeds $75,000.  28 U.S.C. § 1441(c)(2).

14.     Venue is proper in the United States District Court for the Western District of Texas, San Antonio Division because it is the district and division embracing the place where the State Court Lawsuit is pending.  Local Rules of the United States District Court for the Western District of Texas (eff. April 26, 2023), p. ix (stating that the "SAN ANTONIO DIVISION comprises the following counties: Atacosa . . . ."), *available at* https://www.txwd.uscourts.gov/wp-content/uploads/2023/07/TXWD-Local-Rules-Full-Copy-042623.pdf (last visited Jan. 23, 2024).

15.     The entire State Court Action may be removed to the United States District Court for the Western District of Texas, San Antonio Division.  *See* 28 U.S.C. § 1441(c).

16.     This Notice of Removal is timely filed pursuant. *See* 28 U.S.C. § 1446(b).  Plaintiff's original petition was filed on September 28, 2023, but Plaintiff failed to achieve service on Klaus as acknowledge in its Affidavit of Non-Service, filed on December 26, 2023.  The

EXHIBIT A

Petition (First Amended Petition) was filed on December 26, 2023, stating that Klaus had not yet been served. Subsequent to December 26, 2023, counsel for Plaintiff and counsel for Defendant Klaus thereafter agreed to accept service of the Petition as of January 2, 2024. *See* EXHIBIT 1, attached hereto, Email between Counsel. Consequently, less than 30 days have passed since Klaus accepted service. *See* 28 U.S.C. § 1446(b).

17. Klaus is providing Plaintiff with written notice of the filing of this Notice of Removal as required.

18. Klaus is contemporaneously filing a copy of this Notice of Removal and a Notice of Filing of Notice of Removal with the Clerk of the County Court of Atascosa County, State of Texas. *See* 28 U.S.C. § 1446(d).

19. Klaus reserves the right to amend or supplement this Notice of Removal.

## **PRAYER**

WHEREFORE, Defendant Klaus, LLC respectfully requests that this Honorable Court remove the State Court Action styled *Mulholland Energy Services, LLC v. Klaus, Inc.* and designated as Case No. 23-09-0608-CVA, in the County Court at Law of Atascosa County, Texas, to this Federal court.

Respectfully submitted,

**CONNER & WINTERS, LLP**

*s/ Scott Hathaway*
_____

Scott P. Hathaway
OK State Bar No. 13695
4000 One Williams Center
Tulsa, Oklahoma 74103
Tel. (918) 586-5711 | Fax (918) 586-8547
E-Mail: shathaway@cwlaw.com

and

Philip Racusin
Texas State Bar No. 24054267
808 Travis Street, 23rd Floor
Houston, Texas 77002
Tel. (713) 650-3850 | Fax (713) 650-3851
E-Service: eserviceHOU@cwlaw.com
E-mail: PRacusin@cwlaw.com
**ATTORNEYS FOR DEFENDANT
KLAUS, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Notice of Removal* was served on January 23, 2024, via e-mail and/or U.S. Mails, all postage prepaid thereon, as shown below, addressed to:

Magana & Van Dyke, PLLC
Jason Lee Van Dyke
Texas Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email: jason@marsalalawgroup.com
**ATTORNEY FOR PLAINTIFF
MULHOLLAND ENERGY
SERVICES, LLC**

*s/ Philip Racusin*
_____
Philip Racusin

#9325765v2

EXHIBIT A

# 5:24-cv-93

# EXHIBIT 1

# Email between Counsel Agreeing to Service Date of Jan. 2, 2024

## Philip Racusin

| | |
|---|---|
| **From:** | Jason Van Dyke <jason@marsalalawgroup.com> |
| **Sent:** | Tuesday, January 2, 2024 6:01 PM |
| **To:** | Scott Hathaway |
| **Subject:** | RE: Petition |

[External Email]

We are in agreement.

## Magana & Van Dyke, PLLC

## Jason L. Van Dyke
**Attorney at Law, Receiver**
1417 E. McKinney Street
Suite 110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031

Licensed to practice law in Texas, Colorado, Georgia and the District of Columbia.

**From:** Scott Hathaway <shathaway@cwlaw.com>
**Sent:** Tuesday, January 2, 2024 5:16 PM
**To:** Jason Van Dyke <jason@marsalalawgroup.com>
**Cc:** Isaac R. Ellis <IEllis@cwlaw.com>; Shelly D. Jones <SJones@cwlaw.com>
**Subject:** RE: Petition

Jason,

It was good speaking with you today. As we discussed today, I have agreed to accept service of the Petition referenced below against Klause, Inc. We also agreed that my client's deadline for filing a responsive pleading is January 24, 2024. Please reply to this email stating your agreement to this deadline. I look forward to working with you on this matter.

Best,

Scott



**Scott Hathaway | Partner**
**P:** 918.586.8510 | **C:** 918.850.3436

**From:** Jason Van Dyke <jason@marsalalawgroup.com>
**Sent:** Thursday, December 28, 2023 4:20 PM
**To:** Scott Hathaway <shathaway@cwlaw.com>
**Subject:** Re: Petition

[External Email]

I hope I can call you Tuesday. Out of town on vacation until then

Sent via the Samsung Galaxy S22 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Scott Hathaway <shathaway@cwlaw.com>
**Sent:** Thursday, December 28, 2023 3:55:13 PM
**To:** Jason Van Dyke <jason@marsalalawgroup.com>
**Subject:** RE: Petition

Jason,

I have spoken with my client about this matter. Please give me a call and we can discuss the matter further, including a date of service and corresponding answer date. I plan to bring the Project Owner in as a third party defendant as they have not paid my client for your client's services.

Thanks,

Scott



**Scott Hathaway** | Partner
**Conner & Winters, LLP**
15 E 5th St
Suite 4100
Tulsa, OK 74103
**P:** 918.586.8510 | **C:** 918.850.3436
**E:** shathaway@cwlaw.com
cwlaw.com |  



This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure. Any recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

---

**From:** Jason Van Dyke <jason@marsalalawgroup.com>
**Sent:** Wednesday, December 27, 2023 4:34 PM
**To:** Scott Hathaway <shathaway@cwlaw.com>
**Subject:** Petition

**[External Email]**

---

**Magana & Van Dyke, PLLC**

**Jason L. Van Dyke**
**Attorney at Law, Receiver**
1417 E. McKinney Street
Suite 110

Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031

Licensed to practice law in Texas, Colorado, Georgia and the District of Columbia.

# Plaintiff's First
# Amended Petition

# (the subject of the foregoing email)

CAUSE NO. 23-09-0608-CVA

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW OF |
| | § | |
| KLAUS, INC. | § | |
| Defendant. | § | ATASCOSA COUNTY, TEXAS |

## PLAINTIFF'S FIRST AMENDED PETITION

### I.    DISCOVERY CONTROL PLAN

1.1   This is a track one case. Plaintiff seeks monetary relief in the amount of

$250,000.00 or less including damages of any kind, pre-judgment interest, and

attorney fees. This is an expedited action.

### II.    PARTIES

2.1   Plaintiff is Mulholland Energy Services, LLC ("Plaintiff"), a Texas limited

liability company, whose address is 10308 WCR 72, Midland, TX 79707.

2.2   Defendant, Klaus, Inc., an Oklahoma corporation, may be served with process by

and through the Texas Secretary of State because (a) Klaus, Inc. is a foreign entity

that has failed to appoint or does not maintain a registered agent in the State of

Texas; and (b) Defendant's registered agent in the State of Oklahoma could not,

with reasonable diligence, be located at the registered office. Tex. Bus. Orgs.

Code § 5.251(1)(A)-(B).  This entity does not maintain an address on file with the

Texas Secretary of State. However, the most recent address of this entity on file

with the Oklahoma Secretary of State is 7403 E Eseco Road, Cushing, OK 74023.

See Ex. C.

M

Filed 12/26/2023 12:00 AM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Jacquie Palacios

EXHIBIT A

Page 1

2.3    Jurisdiction is proper because Plaintiff seeks monetary damages that are within

the jurisdictional limits of this Court.

2.4    Venue is appropriate in this Court because Defendant's principal office is located

in Harris County, Texas.

### III.    FACTS

3.1    In the ordinary course of business Plaintiff sold to Defendant one or more items

of goods, wares, merchandise, or services, as described, and shown on the

invoices attached hereto as Exhibit "A" and incorporated by reference herein.

3.2    This account represents a transaction or series of transactions for which a

systematic record has been kept.

3.3    The prices charged for each item were just and true because they were either (a)

according to the terms of a written contract; or (b) the usual, customary, and

reasonable prices for each item.

3.4    The account remains unpaid. The principal balance due to Plaintiff on the

account is $89,097.36, exclusive of interest, after all just and lawful offsets,

payments, and credits have been allowed.

3.5    This is a suit on a sworn account brought pursuant to Rule 185 of the Texas Rules

of Civil Procedure. See Ex. B.

3.6    All conditions precedent to Plaintiff's claim for relief have been performed or

have occurred.

### IV.    ATTORNEY FEES

M

EXHIBIT A

4.1     The failure and refusal of Defendant to pay its lawful debts has made it

necessary for Plaintiff employ the undersigned attorney to file suit. This claim

was timely presented to Defendant remains unpaid. Reasonable fees for the

attorney's services rendered and to be rendered through trial and appeal are at

least $26,729.20. Plaintiff's entitlement to attorney fees is pursuant to Tex. Civ.

Prac. & Rem. Code § 38.001(7).

### V.     PRAYER

5.1     Plaintiff prays that Defendant be cited to appear and answer and that;

    a.     Plaintiff be granted judgment  against Defendant for actual
damages in the amount of $89,097.36

    b.     Plaintiff be granted judgment for prejudgment and post-judgment
interest at the highest rate permitted by law or contract;

    c.     Plaintiff be granted judgment for its reasonable attorney's fees in
the amount of at least $26,729.20 with additional contingent
amounts in the event of appellate proceedings;

    d.     Plaintiff be granted judgment for all costs of court; and

    e.     Plaintiff be granted all such further relief, in law and in equity, to
which he may show himself to be justly entitled.

Respectfully submitted,

**Magana & Van Dyke, PLLC**

 /s/ Jason Lee Van Dyke
Jason Lee Van Dyke
Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email:  jason@marsalalawgroup.com

M

# Exhibit

# "A"



## MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2022 | 20220405041 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | | *Rig/Location* | Job Description |
|-------|--|----------------|----------------|
| | | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| P.O. No. | Co. Man | Drilling Rig | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|---------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-03-30 | 17285 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-03-31 | 17286 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-01 | 17287 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-02 | 17351 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|--|--|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501

EXHIBIT A



## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/9/2022 | 20220412053 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | | *Rig/Location* | Job Description | |
|-------|--|----------------|----------------|--|
| Na Na | | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES | |
| P.O. No. | Co. Man | Drilling Rig | | |
| NA | Shane Hallman | Na | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|-------------|------|----------|-----------|---------|---------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-04-04 | 17677 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-05 | 17678 | A | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-06 | 17946 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-07 | 17947 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17895 | | 141 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17896 | | 141 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17949 | Na | Na | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-09 | 17951 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $19,200.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $19,200.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19,200.00 |

501

EXHIBIT A



# MULHOLLAND
## ENERGY SERVICES

# Invoice

10308 WCR 72
Midland, TX 79707

| Date | Invoice # |
|------|-----------|
| 4/12/2022 | 20220419018 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|----------------|
| | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| **P.O. No.** | **Co. Man** | **Drilling Rig** | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|------------|---------|------------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-04-11 | 17953 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Mob/Demob | 2022-04-12 | 18577 | | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Per Diem | 2022-04-12 | 18577 | | 155 | | Day | 1 | 250.00 | 250.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $5,050.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $5,050.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,050.00 |

501

EXHIBIT A



# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2022 | 20220503042 |

**MULHOLLAND**
**ENERGY SERVICES**

10308 WCR 72
Midland, TX 79707

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
| | CUSHING TERMINAL | provide hydrovac to spot underground line and utilitics |
| **P.O. No.** | **Co. Man** | **Drilling Rig** | |
| | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-04-27 | 20029 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-28 | 19953 | Na | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-29 | 19954 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-30 | 19955 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2022 | 20220509082 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|----------|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|-------|----------------|-----------------|
| | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| **P.O. No.** | **Co. Man** | **Drilling Rig** | |
| Manifold 206 | Shane Hallman | | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|-------------|------|----------|-----------|---------|-----------------|-----|-----|------|--------|
| Hydro Vac Truck Bid | 2022-05-02 | 20805 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-03 | 20554 | | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-04 | 20558 | Na | 165 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-05 | 20567 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501

EXHIBIT A



## MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2022 | 223831 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

|  | Job Description |
|--|----------------|
| | POTHOLING -TRENCHING |

| P.O. Number | *Rig/Location* | | |
|-------------|----------------|--|--|
| manifold206 | Enbridge -M206/M223 cushing ok | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/9/2022 | Hydro Vac Truck 166 H24051 | 1 | 2,400.00 | 2,400.00 |
| 5/10/2022 | Hydro Vac Truck 166 H24052 | 1 | 2,400.00 | 2,400.00 |
| 5/11/2022 | Hydro Vac Truck 166 H24053 | 1 | 2,400.00 | 2,400.00 |
| 5/12/2022 | Hydro Vac Truck 166 H24054 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.  Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| **Total** | $9,600.00 |
|-----------|-----------|

501

EXHIBIT A



## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/21/2022 | 2204080 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | Job Description |
|---|---|
| | POTHOLING AND TRENCHING |

| P.O. Number | *Rig/Location* | | |
|---|---|---|---|
| Manifold 206 | ENBRIDGE -M206-M223-CUSHING, O | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/16/2022 | Hydro Vac Truck 166 H24055- | 1 | 2,400.00 | 2,400.00 |
| 5/17/2022 | Hydro Vac Truck 166 H24056- | 1 | 2,400.00 | 2,400.00 |
| 5/18/2022 | Hydro Vac Truck 166 H24057 | 1 | 2,400.00 | 2,400.00 |
| 5/19/2022 | Hydro Vac Truck 166 H24058 | 1 | 2,400.00 | 2,400.00 |
| 5/20/2022 | Hydro Vac Truck 166 H24059 | 1 | 2,400.00 | 2,400.00 |
| 5/21/2022 | Hydro Vac Truck 166 H24060 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $14,400.00

501

EXHIBIT A



## MULHOLLAND
### ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/26/2022 | 224500 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | Job Description |
|---|---|
| | POTHOLING/TRENCHING |

| P.O. Number | *Rig/Location* | | | |
|-------------|----------------|---|---|---|
| | Enbridge M206-M223-Cushing, OK | | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 5/23/2022 | Hydro Vac Truck 166 H24061 | 1 | 2,400.00 | 2,400.00 |
| 5/24/2022 | Hydro Vac Truck 166 H24062 | 1 | 2,400.00 | 2,400.00 |
| 5/26/2022 | Hydro Vac Truck 166 H24063 | 1 | 2,400.00 | 2,400.00 |

**TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.**
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| **Total** | **$7,200.00** |
|---|---|

501

EXHIBIT A



# MULHOLLAND
## ENERGY SERVICES

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2022 | 225223 |

Bill To

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| | | Job Description |
|---|---|---|
| | | Potholing- Trench |

| P.O. Number | *Rig/Location* | | |
|---|---|---|---|
| | Enbridge -M206/M223 Cushing OK | | |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|-------------|----------|------|--------|
| 6/7/2022 | Hydro Vac Truck 166 -H24072 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Hydro Vac Truck 166 -H24073 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Fresh Water Fee-HYDRO | 30 | 1.50 | 45.00T |
| | Logan County Oklahoma Sales Tax | | 5.25% | 2.36 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| **Total** | $4,847.36 |
|---|---|

501

EXHIBIT A

# Exhibit

"  "

## UNSWORN DECLARATION FOR SUIT ON A SWORN ACCOUNT

1. My name is Stacey Parker.

2. I am the Office & Collections Mgr of Mulholland Energy Services ("Plaintiff") and I have care, custody and control of all records concerning the account of

   Klaus, Inc ("Defendant" or "Defendants").

3. These records show that, as of June 8, 20 22 the total principal balance of $ 89,097.36 (USD), exclusive of interest, is due and payable by Defendant to Plaintiff and demand for payment was made more than 30 days ago.

4. I hereby aver that the claim attached to Plaintiff's Original Petition is within my personal knowledge, is just and true, is due by Defendant to Plaintiff, and that all just and lawful offsets, payments, and credits to this account have been allowed..

My name is Stacey Parker, my date of birth is 8/22/66, and my address is 10308 WCR 72, Midland, TX 79707 in Midland County/Parish, State of Texas, U.S.A.. I declare under penalty of perjury that I have read this unsworn declaration, that its contents are within my personal knowledge, and that it is true and correct.

Executed in Midland County/Parish, State of Texas, U.S.A. on August 14, 20 23.

/s/ Stacey Parker
Declarant

UNSWORN DECLARATION

# Exhibit

*" "*

Business Services      Notary      Charitable Organizations      Open Meetings      Agricultural Liens      Executive Legislative

# BUSINESS ENTITIES SEARCH - VIEW ENTITY

Print Page

Order Number:          63297170002

## Details

| | |
|---|---|
| Filing Number: | 1900573565 |
| Entity Name: | KLAUS, INC. |
| Status: | In Existence |
| Entity Type: | Domestic For Profit Business Corporation |
| Jurisdiction: | Oklahoma |
| Original Filing Date: | Sep 27 1996 |
| Duration: | Perpetual |
| Entity Address: | N/A |

## Registered Agent Information

| | |
|---|---|
| Name: | KELLY D. KLAUS |
| Effective: | Jun 25 2010 |
| Address: | 7403 E ESECO RD |
| City,State,ZipCode: | CUSHING   OK   74023 |

## FILING HISTORY :

| Document Number | Filing Type | Filing Date |
|---|---|---|
| 358319 | Certificate of Incorporation | September 27, 1996 |
| 14757000002 | Change of Registered Agent and/or Office | June 25, 2010 |

EXHIBIT A

## NAMES INFORMATION

| Name | Name Type | Name Status | Creation Date |
|------|-----------|-------------|---------------|
| KLAUS, INC. | Legal | In use | September 27, 1996 |

## PRINCIPALS

| Name | Title |
|------|-------|
| JOHN E FORSYTH | Incorporator |

## TRADENAMES

No entries found.

## STOCKS INFORMATION

| Date | Stock Type | Number of Shares | PAR Value | Amount |
|------|-----------|------------------|-----------|--------|
| September 27, 1996 | Common (Voting) | 50000 | 1 | $0.00 |

POC: $0

TAC: $50000

Total Investment in OK: $0

Qualified: NO

Copyright © 2021 Oklahoma Secretary of State

EXHIBIT A

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MULHOLLAND ENERGY SERVICES, LLC

**DEFENDANTS**

KLAUS, INC.

**(b)** County of Residence of First Listed Plaintiff   Midland County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Creek County, OK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 E. McKinney St., #110, Denton, TX 76209

Attorneys *(If Known)*

Scott P. Hathaway and Philip Racusin, Conner & Winters, LLP, 4000 One Williams Center, Tulsa Oklahoma 74103

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | Act of 2016 | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | | Protection Act |
| ☒ 190 Other Contract | Product Liability / ☐ 380 Other Personal | Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | Relations | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other / ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441, 1446 - Diversity Jurisdiction
Brief description of cause:
Plaintiff seeks payment from Defendant under the theory of a sworn account for services provided

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
01/23/2024

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Philip Racusin (Lead Counsel: Scott P. Hathaway)*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP   EXHIBIT A   JUDGE_____   MAG. JUDGE_____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Janet Cook on behalf of Philip Racusin
Bar No. 24054267
jcook@cwlaw.com
Envelope ID: 83797036
Filing Code Description: Notice
Filing Description: Notice of Removal
Status as of 1/26/2024 3:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason  LeeVan Dyke | | jason@marsalalawgroup.com | 1/25/2024 2:01:27 PM | SENT |
| Scott PHathaway | | phathaway@cwlaw.com | 1/25/2024 2:01:27 PM | SENT |
| Philip  DRacusin | | pracusin@cwlaw.com | 1/25/2024 2:01:27 PM | SENT |
| Janet Cook | | jcook@cwlaw.com | 1/25/2024 2:01:27 PM | SENT |