AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |  |
|---|---|---|
| Mulholland Energy Services, LLC | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  SA-24-CV-00093-XR |
| Klaus, Inc. | ) | |
| _Defendant, Third-party plaintiff_ | ) | |
| v. | ) | |
| Clermont Innovative Design, LLC | ) | |
| _Third-party defendant_ | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: _(Third-party defendant's name and address)_     Clermont Innovative Design, LLC
c/o:  Travis W. Mechan
1704 North 12th Street
Broken Arrow, Oklahoma  74102

A lawsuit has been filed against defendant   Klaus Inc.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Mulholland Energy Services, L  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ryan T. Scharnell, Conner & Winters, LLP, 4100 First Place Tower, 15 East 5th Street, Tulsa, Oklahoma  74103

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 East McKinney Street, #110, Denton, Texas  76209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  _____

_CLERK OF COURT , PHILIP J. DEVLIN_

_____
_Signature of Clerk or Deputy Clerk_

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.   SA-24-CV-00093-XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Mulholland Energy Services, LLC | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  SA-24-CV-00093-XR |
| Klaus, Inc. | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| Cleveland Integrity Services, LLC | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Cleveland Integrity Services, LLC
c/o:  CT Corporation
1833 South MOrgan Road
Oklahoma City, Oklahoma  73128

A lawsuit has been filed against defendant  Klaus Inc. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Mulholland Energy Services, L .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ryan T. Scharnell, Conner & Winters, LLP, 4100 First Place Tower, 15 East 5th Street, Tulsa, Oklahoma  74103

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 East McKinney Street, #110, Denton, Texas  76209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  _____

*CLERK OF COURT , PHILIP J. DEVLIN*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  SA-24-CV-00093-XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                              *Server's signature*

                                              _____
                                                              *Printed name and title*


                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  SA-24-CV-00093-XR |
| KLAUS, INC. | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| ENBRIDGE PIPELINES, INC. | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*    Enbridge Pipelines, Inc.
c/o:  Corporation Company
120 North Robinson, Suite 735
Oklahoma City, Oklahoma  73102

A lawsuit has been filed against defendant   Klaus Inc.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Mulholland Energy Services, L .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ryan T. Scharnell, Conner & Winters, LLP, 4100 First Place Tower, 15 East 5th Street, Tulsa, Oklahoma  74103

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 East McKinney Street, #110, Denton, Texas  76209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT , PHILIP J. DEVLIN*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  SA-24-CV-00093-XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: