AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Mulholland Energy Services, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. SA-24-CV-00093-XR |
| Klaus, Inc. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Clermont Innovative Design, LLC | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Clermont Innovative Design, LLC
c/o: Travis W. Mechan
1704 North 12th Street
Broken Arrow, Oklahoma  74102

   A lawsuit has been filed against defendant  __Klaus Inc.__ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  __Mulholland Energy Services, L__ .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ryan T. Scharnell, Conner & Winters, LLP, 4100 First Place Tower, 15 East 5th Street, Tulsa, Oklahoma  74103

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 East McKinney Street, #110, Denton, Texas  76209

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: 05/06/2024

CLERK OF COURT  PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No. SA-24-CV-00093-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Mulholland Energy Services, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. SA-24-CV-00093-XR |
| Klaus, Inc. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Cleveland Integrity Services, LLC | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   Cleveland Integrity Services, LLC
c/o:  CT Corporation
1833 South MOrgan Road
Oklahoma City, Oklahoma  73128

A lawsuit has been filed against defendant   Klaus Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Mulholland Energy Services, L  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ryan T. Scharnell, Conner & Winters, LLP, 4100 First Place Tower, 15 East 5th Street, Tulsa, Oklahoma  74103

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 East McKinney Street, #110, Denton, Texas  76209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: 05/06/2024

*CLERK OF COURT*, PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No. SA-24-CV-00093-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                     *Server's signature*

                                                     _____
                                                     *Printed name and title*


                                                     _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MULHOLLAND ENERGY SERVICES, LLC <br> *Plaintiff* <br> v. <br> KLAUS, INC. <br> *Defendant, Third-party plaintiff* <br> v. <br> ENBRIDGE PIPELINES, INC. <br> *Third-party defendant* | Civil Action No. SA-24-CV-00093-XR |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Enbridge Pipelines, Inc.
c/o:  Corporation Company
120 North Robinson, Suite 735
Oklahoma City, Oklahoma  73102

A lawsuit has been filed against defendant  Klaus Inc. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Mulholland Energy Services, L .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ryan T. Scharnell, Conner & Winters, LLP, 4100 First Place Tower, 15 East 5th Street, Tulsa, Oklahoma  74103

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Lee Van Dyke, Magana & Van Dyke, PLLC, 1417 East McKinney Street, #110, Denton, Texas  76209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  05/06/2024



*CLERK OF COURT , PHILIP J. DEVLIN*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. SA-24-CV-00093-XR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: