# EXHIBIT A

---

**From:** Ryan Scharnell <RScharnell@cwlaw.com>
**Sent:** Wednesday, May 29, 2024 2:32 PM
**To:** Jared Byrd
**Subject:** Klaus v. Clermont, et al. - SA-24-CA-93-XR

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

---

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Jared,

Thank you for the call today. Pursuant to our conversations, please allow this email to confirm our agreement to extend your deadline to respond to Klaus' Third-Party Complaint for thirty (30) days in the above-referenced matter.



**Ryan Scharnell |** Partner
**Conner & Winters, LLP**
15 E 5th St
Suite 4100
Tulsa, OK 74103
**P:** 918.586.5717 | **C:** 469.693.3981
**F:** 918.586.8542
**E:** RScharnell@cwlaw.com
cwlaw.com |



This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure. Any recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.