# EXHIBIT A


# Delaware

The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "CLEVELAND INTEGRITY SERVICES, LLC" AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF FORMATION, FILED THE TWENTY-FIFTH DAY OF JANUARY, A.D. 2023, AT 4:58 O`CLOCK P.M.*

*CERTIFICATE OF CHANGE OF REGISTERED AGENT, FILED THE TWENTY-SIXTH DAY OF JANUARY, A.D. 2023, AT 6:09 O`CLOCK P.M.*

*CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "CIS PURCHASER, LLC" TO "CLEVELAND INTEGRITY SERVICES, LLC", FILED THE THIRTEENTH DAY OF MARCH, A.D. 2023, AT 7:14 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "CLEVELAND INTEGRITY SERVICES, LLC".*



Jeffrey W. Bullock, Secretary of State

7253506  8100H  
SR# 20231135376  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202999263  
Date: 03-24-23

# CERTIFICATE OF FORMATION

## OF

## CIS PURCHASER, LLC

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:58 PM 01/25/2023
FILED 04:58 PM 01/25/2023
SR 20230259304 - File Number 7257352

The undersigned, an authorized natural person, for the purpose of forming a limited liability company, under the provisions and subject to the requirements of the State of Delaware (particularly Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "Delaware Limited Liability Company Act"), hereby certifies that:

**FIRST:** The name of the limited liability company (hereinafter called the "limited liability company") is:

## CIS PURCHASER, LLC

**SECOND:** The address of the registered office and the name and the address of the registered agent of the limited liability company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are the Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808.

January 25, 2023

By:   */s/ David De Paris*
      David De Paris
      Authorized Person

135945309v1

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

The limited liability company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is CIS Purchaser, LLC.

2. The Registered Office of the limited liability company in the State of Delaware is changed to Corporation Trust Center 1209 Orange Street (street), in the City of Wilmington, Zip Code 19801. The name of the Registered Agent at such address upon whom process against this limited liability company may be served is THE CORPORATION TRUST COMPANY.

By: /s/ David De Paris
Authorized Person

Name: David De Paris
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:09 PM 01/26/2023
FILED 06:09 PM 01/26/2023
SR 20230275920 - File Number 7253506

DE175 - 05/26/2020 Wolters Kluwer Online

# CERTIFICATE OF AMENDMENT
# TO
# CERTIFICATE OF FORMATION
# OF
# CIS PURCHASER, LLC

CIS Purchaser, LLC (hereinafter called the "Company"), a limited liability company organized and existing under and by virtue of the Limited Liability Act of the State of Delaware, does hereby certify:

1. The name of the Company is CIS Purchaser, LLC.

2. The Certificate of Formation of the Company is hereby amended to change the Company name to Cleveland Integrity Services, LLC.

3. The Amendment shall be effective upon filing.

March 13, 2023

/s/ David De Paris
David De Paris
Authorized Person

136930319v1

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:14 PM 03/13/2023
FILED 07:14 PM 03/13/2023
SR 20230973327 - File Number 7253506