# EXHIBIT C



**OFFICE OF THE SECRETARY OF STATE**

# AMENDED
# CERTIFICATE OF INCORPORATION

**WHEREAS,** *the Amended Certificate of Incorporation of*

## OLD CO CIS, INC.

*has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City this* <u>*13th*</u> *day of* <u>*June, 2023*</u>*.*

_____
**Secretary of State**

06/13/2023   02:40 PM
OKLAHOMA SECRETARY OF STATE



**SOS**



T( 60343560002 .TE

Oklahoma City, OK 73103
(405) 522-2520

# AMENDED
# CERTIFICATE OF INCORPORATION
## (AFTER RECEIPT OF PAYMENT FOR STOCK)
### Oklahoma Corporation

**Filing Fee: Minimum $50.00**

**PLEASE NOTE:**

❖ The filing fee is a MINIMUM of $50.00. If the total authorized capital (the number of shares multiplied by the par value) **is increased** in excess of fifty thousand dollars ($50,000.00), the filing fee shall be an amount equal to one-tenth of one percent (1/10th of 1%) or $1.00 per $1,000.00 of such increase.

I hereby execute the following articles for the purpose of amending an Oklahoma corporation's certificate of incorporation pursuant to the provisions of Title 18, Section 1077:

❖ The corporation is a Benefit Corporation (Title 18, Section 1202): **(check one)**    Yes ☐   No ☒

1. A) Name of the corporation:

## Cleveland Integrity Services, Inc.

B) AS AMENDED: Name of the corporation:

## Old Co CIS, Inc.

(Note: The new name of the corporation **shall** contain one of the words association, company, corporation, club, foundation, fund, incorporated, institute, society, union, syndicate, limited or any abbreviations thereof, with or without punctuation, which shall be such as to distinguish it upon the records in the Office of the Secretary of State.)

2. AS AMENDED: **NAME** and street address of the registered agent for service of process in the state of Oklahoma:

❖ The registered agent **shall** be the corporation itself, an individual resident of Oklahoma, **or** a domestic or qualified foreign corporation, limited liability company, or limited partnership.

| Name | Street Address (P.O. BOXES ARE **NOT** ACCEPTABLE) | City | State | Zip Code | County |
|---|---|---|---|---|---|
| National Registered Agents, Inc. | 1833 South Morgan Rd. | Oklahoma City | Oklahoma | 73128 | Canadian |

3. **E-MAIL** address of the primary contact for the registered business:

## dennis.woods@eagle-infra.com

4. Duration of the corporation is **perpetual**, unless otherwise stated: perpetual

**RECEIVED**

JUN 13 2023

**OKLAHOMA SECRETARY OF STATE**

(SOS FORM 0004-07/20)

5.  AS AMENDED: Nature of the business or purposes to be conducted or promoted by the corporation:

   ❖  It shall be sufficient to state, either alone or with other businesses or purposes, that the purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the general corporation law of Oklahoma.

> Engage in any lawful act or activity for which corporations may be organized under the general corporation law of Oklahoma.

6.  AS AMENDED: Total number of shares which the corporation shall have the authority to issue, designation of each class and each series, if any, and par value of the shares of each class and/or series:

   ❖  The par value per share is a dollar ($) amount and is also used for the calculation of the total filing fee.

| CLASS | NUMBER OF SHARES | SERIES (If any) | PAR VALUE PER SHARE (Or, if without par value, so state) |
|---|---|---|---|
| COMMON | 50,000 | | $1.00 |
| PREFERRED | | | |

7.  Set forth clearly any and all amendments to the certificate of incorporation:

> Change of name from Cleveland Integrity Services, Inc. to Old Co CIS, Inc.

That at a meeting of the Board of Directors, a resolution was duly adopted setting forth the proposed amendment(s) to the Certificate of Incorporation, declaring said amendment(s) to be advisable and calling a meeting of the shareholders of said corporation for consideration thereof.

That thereafter, pursuant to said resolution of its Board of Directors, a meeting of the shareholders of said corporation was duly called and held, at which the necessary number of shares as required by Oklahoma Statute voted in favor of the amendment(s).

**The amended certificate of incorporation must be signed by an authorized officer of the corporation.**

Signed this  13th  day of  June _____, 2023  by:

**Matt Kesner**  Digitally signed by Matt Kesner
Date: 2023.06.13 11:19:32 -05'00'
_____
Signature

**Matt Kesner, President**
_____
Printed Name and Title

(SOS FORM 0004-07/20)