# EXHIBIT D



## CERTIFICATE OF DISSOLUTION

**WHEREAS,** a *Certificate of Dissolution of*

## OLD CO CIS, INC.

*an Oklahoma corporation has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

   **NOW THEREFORE, I,** *the undersigned Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this Certificate of Dissolution evidencing such filing.*

   **IN TESTIMONY WHEREOF, I** *have hereunto set my hand and caused to be affixed, the Great Seal of the State of Oklahoma.*



*Filed in the city of Oklahoma City this 4th day of December, 2023.*

*Secretary of State*

FILED - Oklahoma Secretary of State #1912295323 12/04/2023

12/04/2023  04:24 PM
OKLAHOMA SECRETARY OF STATE

SOS

63000800002

)2-A73F-885A3C054BCC

)F STATE

Oklahoma City, OK 73103
(405) 522-2520

# CERTIFICATE OF DISSOLUTION
(Oklahoma Profit Corporation)

Filing Fee: $50.00

I hereby execute the following articles for the purpose of dissolving an Oklahoma corporation pursuant to the provisions of Title 18, Section 1096:

1. Name of the corporation:
Old Co CIS, Inc.

2. Date of incorporation of such corporation:  December 10, 2010

3. **NAME** and street address of the registered agent for service of process in the state of Oklahoma:
   - ❖ The registered agent **shall** be an individual resident of Oklahoma **or** a domestic or qualified foreign corporation, limited liability company, or limited partnership.

| Name | Street Address (P.O. BOXES ARE NOT ACCEPTABLE) | City | State | Zip Code | County |
|---|---|---|---|---|---|
| National Registered Agents, Inc. | 1833 South Morgan Rd. | Oklahoma City | Oklahoma | 73128 | Canadian |

4. Date the dissolution was authorized:  November 8, 2023

5. Check the applicable statement:

   ☐ The dissolution has been authorized by the **board of directors and shareholders** of the corporation in accordance with subsections A & B of Section 1096.

   **OR**

   ☒ The dissolution has been authorized by all of the **shareholders** of the corporation entitled to vote on a dissolution in accordance with subsection C of Section 1096.

RECEIVED
DEC 04 2023
OKLAHOMA SECRETARY OF STATE

(SOS FORM 0019-09/20)

DocuSign Envelope ID: 3E20A7F5-3A74-40D2-A73F-885A3C054BCC

6. Names and addresses of its officers:

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| PRESIDENT | Matt Kesner | 370690 East Hold Hwy 64, | Cleveland, | OK | 74020 |
| VICE PRESIDENT | Dennis Woods | 370690 East Hold Hwy 64, | Cleveland, | OK | 74020 |
| SECRETARY | Louis Berezovsky | 370690 East Hold Hwy 64, | Cleveland, | OK | 74020 |
| ASST. SECRETARY | | | | | |
| TREASURER | Louis Berezovsky | 370690 East Hold Hwy 64, | Cleveland, | OK | 74020 |

7. Names and addresses of its directors:

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| DIRECTOR | Randy Byers | 370690 East Hold Hwy 64, | Cleveland, | OK | 74020 |
| DIRECTOR | Dennis Woods | 370690 East Hold Hwy 64, | Cleveland, | OK | 74020 |
| DIRECTOR | | | | | |

The certificate of dissolution **must** be signed by an authorized officer of the corporation.

Signed this  8th  day of  November , 2023  by:

*Louis Berezovsky* (DocuSigned)
Signature
Louis Berezovsky, Chief Financial Officer

Printed Name and Title

(SOS FORM 0019-09/20)