UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § § § | |
| Plaintiff, | § § | CASE NO. SA-24-CA-00093-XR |
| v. | § § | |
| KLAUS, INC. | § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| ENBRIDGE PIPELINES, INC.; CLEVELAND INTEGRITY SERVICES, LLC; and CLERMONT INNOVATIVE DESIGN, LLC, | § § § § § | |
| Third-Party Defendants. | | |

**ORDER ON THIRD-PARTY DEFENDANT
CLERMONT INNOVATIVE DESIGN, LLC'S
MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

After considering Third-Party Defendant Clermont Innovative Design, LLC's Motion to Extend Time to File Responsive Pleadings, and considering the agreement between the Parties regarding the same, the Court:

FINDS that there is cause to extend the time for Third-Party Defendant Clermont Innovative Design, LLC's Motion to Extend Time to its responsive pleadings to Third Party Plaintiff Klaus, Inc.'s Third Party Complaint. Therefore, the Court GRANTS the Motion to Extend Time until Monday, July 1, 2024.

Signed on _____, 2024

                                                                         _____
                                                                         U.S. District Judge

Approved and Entry Requested:

  **/s/ Jared L. Byrd**_____
Jared L. Byrd