UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § § § § | |
| Plaintiff, | | |
| v. | § § § § § | CASE NO. SA-24-CA-00093-XR |
| KLAUS, INC. | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| ENBRIDGE PIPELINES, INC.; CLEVELAND INTEGRITY SERVICES, LLC; and CLERMONT INNOVATIVE DESIGN, LLC, | § § § § § § | |
| Third-Party Defendants. | § | |

**DEFENDANT/THIRD-PARTY PLAINTIFF KLAUS, INC.'S
AMENDED NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO CLEVELAND INTEGRITY SERVICES, LLC**

Defendant and Third-Party Plaintiff Klaus, Inc., ("**Klaus**") filed a third-party complaint in this matter on May 2, 2024, against Defendant, Cleveland Integrity Services, LLC. Cleveland Integrity Services, LLC has neither served an Answer nor a Motion for Summary Judgment (it filed a Motion to Dismiss on May 30, 2024). Klaus files this Amended Notice of Dismissal of Third-Party Defendant Cleveland Integrity Services, LLC Only and Without Prejudice as to all claims and causes of action against Third-Party Defendant Cleveland Integrity Services, LLC, and in support thereof, would show unto this Court that Klaus no longer desires to pursue this case at this time against this specific Third-Party Defendant and that all claims in this lawsuit should be dismissed without prejudice against filing any further claims or actions.

WHEREFORE, PREMISES CONDISERED, Klaus, Inc. respectfully requests that this Amended Notice of Dismissal of Third-Party Defendant Cleveland Integrity Services, LLC, Only, Without Prejudice be in all respects granted, with all costs to be paid by the party incurring same.

Respectfully submitted,

**CONNER & WINTERS, LLP**

*s/Ryan T. Scharnell*

P. Scott Hathaway (*pro hac vice*)
OK State Bar No. 13695
Ryan T. Scharnell (*pro hac vice*)
OK State Bar No. 30244
4100 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma  74103
Tel. (918) 586-5711 | Fax (918) 586-8547
E-Mail: shathaway@cwlaw.com
rscharnell@cwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was served on this 12th day of June, 2024, pursuant to the Federal Rules of Civil Procedure, CM/ECF, to:

Jason Lee Van Dyke
MAGANA & VAN DYKE, PLLC
1417 E. McKinney St., #110
Denton, TX 76209

Jonathan Hyman
Aaron Kaufman
London England
GRAY REED
1601 Elm Street, Suite 4600
Dallas, TX 75201

*s/Ryan T. Scharnell*
Ryan T. Scharnell