# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC, | § § § | |
| *Plaintiff* | § § | SA-24-CV-00093-XR |
| -vs- | § § § | |
| KLAUS, INC., | § § | |
| *Defendant* | § | |

## ORDER

On this date, the Court considered Third-Party Plaintiff Klaus, Inc.'s amended notice of dismissal without prejudice as to Third-Party Defendant Cleveland Integrity Services, LLC ("Cleveland") pursuant to Federal Rule of Civil Procedure 41(a). ECF No. 29. Rule 41(a)(1) provides that a party may dismiss an action by filing either (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared. FED R. CIV. P. 41(a)(1)(A). Because Third-Party Defendant Cleveland has not filed an answer or motion for summary judgment, dismissal under 41(a)(1)(A) is appropriate.

Accordingly, the Clerk is **DIRECTED** to terminate Third-Party Defendant Cleveland Integrity Services, LLC from this case.

It is so **ORDERED**.

**SIGNED** this 13th day of June, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE