UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MULHOLLAND ENERGY SERVICES, LLC**<br><br>    **Plaintiff,**<br><br>v.<br><br>**KLAUS, INC.**<br><br>    **Defendant/Third-Party Plaintiff,**<br><br>v.<br><br>**ENBRIDGE PIPELINES, INC.;**<br>**CLEVELAND INTEGRITY SERVICES,**<br>**LLC; and CLERMONT INNOVATIVE**<br>**DESIGN, LLC,**<br><br>    **Third-Party Defendants.** | §<br>§<br>§<br>§<br>§   CASE NO. SA-24-CA-00093-XR<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### FIRST AMENDED AGREED SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

**MOTIONS FOR LEAVE TO AMEND PLEADINGS.**

The deadline for Plaintiff(s) to file a motion seeking leave to amend pleadings; or to join parties is **December 31, 2024**.

The deadline for Defendant(s) to file a motion (1) to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a); (2) seeking leave to amend pleadings; or (3) to join parties is **January 20, 2025**.

**EXPERTS**

All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **January 31, 2025**.

Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **February 28, 2025**.

All parties shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. of Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert.

An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within eleven (11) days from the receipt of the written report of the expert's proposed testimony, or within eleven (11) days from obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.

The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) is **March 15, 2025**.

**WITNESS LIST, EXHIBIT LIST, AND PRETRIAL DISCLOSURES**

The deadline for filing Rule 26(a)(3) disclosures is 30-days after Scheduling Conference; if new party is joined after Scheduling Conference, 45-days after the Answer date.

The deadline for filing objections under Rule (26)(a)(3) is 21-days after deadline for filing Rule 26(a)(3) disclosures. Any objections not made will be deemed waived.

**COMPLETION OF DISCOVERY**

Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

The deadline for the completion of all discovery is **April 30, 2025**.

**ALTERNATIVE DISPUTE RESOLUTION (ADR) REPORT**

A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before 10-days before Pretrial Conference.

The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before January 24, 2025, and each opposing party shall respond, in writing on or before **January 31, 2025**.

All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings.

If a settlement is reached, the parties should immediately notify the Court so the case may be removed from the Court's trial docket.

**PRETRIAL MOTIONS**

No motion (other than a motion in limine) may be filed after this date except for good cause. The deadline to file motions (including dispositive motions and Daubert motions) is **May 9, 2025**. This

deadline is also applicable to the filing of any summary judgment motion under Fed. R. Civ. P. 56 and any defense of qualified immunity. Leave of court is automatically given to file motions, responses, and replies not to exceed 30 pages in length. Fed. R. Civ. P. 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

**JOINT PRETRIAL ORDER AND MOTION IN LIMINE**

The deadline to file a Final Joint Pretrial Order and any motion in limine is <u>10 days prior to Pre Trial Conference</u>.

All attorneys are responsible for preparing the Final Joint Pretrial Order, which must contain the following:

(1)     a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state it;

(2)     a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties;

(3)     a summary of the remaining claims and defenses of each party;

(4)     a list of facts all parties have reached agreement upon;

(5)     a list of contested issues of fact;

(6)     a list of the legal propositions that are not in dispute;

(7)     a list of contested issues of law;

(8)     a list of all exhibits expected to be offered. Counsel will make all exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before the final pre-trial conference. The exhibit list should clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit;

(9)     a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

(10)    an estimate of the length of trial;

(11)    for a jury trial, include (a) proposed questions for the voir dire examination, and (b) a proposed charge, including instructions, definitions, and special interrogatories, with authority;

(12)    for a nonjury trial, include (a) proposed findings of fact and (b) proposed conclusions of law, with authority;

(13)    the signatures of all attorneys; and

(14)    a place for the date and the signature of the presiding judge.

**FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference shall be held on [THIS DATE WILL BE COMPLETED BY THE COURT] _____.

Motions in limine, if any, will be heard on this date. Counsel should confer prior to this hearing on any issues raised in a motion in limine or the Joint Pretrial Order. Any party intending to use a demonstrative exhibit should provide the same to opposing counsel at least 3 days prior to the Final Pretrial conference so that if any objections or issues are raised about the demonstrative exhibit, they can be addressed at the final pretrial conference.

**TRIAL**

The Trial Date is [PARTIES MAY SUGGEST A TRIAL DATE. IT IS RECOMMENDED THAT THE PARTIES CONTACT THE COURTROOM DEPUTY TO DETERMINE AVAILABILITY ON THE COURT CALENDAR] _____.

        Respectfully submitted,

        Magana & Van Dyke, PLLC

        /s/ *Jason Lee Van Dyke* (w/permission)____
        Jason Lee Van Dyke
        State Bar No. 24057426
        1417 E. McKinney Street, #110
        Denton, TX 76209
        P – (940) 382-1976
        F – (469) 453-3031
        Email:  jason@maganavandyke.com

        ***ATTORNEYS FOR PLAINTIFF***

        s/ *Ryan T. Scharnell*_____
        Scott P. Hathaway (*pro hac vice*)
        OK State Bar No. 13695
        Ryan T. Scharnell (*pro hac vice*)
        OK State Bar No. 30244
        **CONNER & WINTERS, LLP**
        4100 First Place Tower
        15 East Fifth Street
        Tulsa, Oklahoma  74103
        Tel. (918) 586-5711 | Fax (918) 586-8547
        E-Mail: shathaway@cwlaw.com
                rscharnell@cwlaw.com

***ATTORNEYS FOR DEFENDANT KLAUS, INC.***

s/ *Jared L. Byrd* (w/permission)
Jared L. Byrd
State Bar No. 24078295
GORDON REES SCULLY MANSUKHANI
2705 Bee Caves Road, Suite 220
Austin, Texas 78746
P – (512) 291-0197
F – (512) 391-0183
Email: jbyrd@grsm.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT CLERMONT INNOVATIVE DESIGN, LLC**