UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MULHOLLAND ENERGY SERVICES, LLC §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>KLAUS, INC. §<br>§<br>Defendant/Third-Party Plaintiff, §<br>§<br>§<br>v. §<br>§<br>ENBRIDGE STORAGE (CUSHING) L.L.C.; §<br>and CLERMONT INNOVATIVE DESIGN, §<br>LLC, §<br>§<br>Third-Party Defendants. § | CASE NO. SA-24-CA-00093-XR |

# ORDER

On this date, this Court considered Third-Party Defendant Enbridge Storage (Cushing) L.L.C.'s Motion to Strike for Improper Impleader pursuant to Federal Rule of Civil Procedure 14(a)(4) and Motion to Dismiss for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) and finds that the Motion should be GRANTED for the reasons stated therein.

Therefore, the Court hereby GRANTS Enbridge Storage (Cushing) L.L.C.'s Motion and hereby severs, strikes, and dismisses Klaus, Inc.'s claims against Enbridge Storage (Cushing) L.L.C., without prejudice.

SIGNED and ENTERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE