
## MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2022 | 20220405041 |

**Bill To**
Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| Location |
|---|
| Pleasanton, TX |

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
|  | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |

| P.O. No. | Co. Man | Drilling Rig |
|---|---|---|
| Manifold 206 | Shane Hallman |  |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-03-30 | 17285 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-03-31 | 17286 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-01 | 17287 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-02 | 17351 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501

EXHIBIT 2

MULHOLLAND 2