

**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, Texas 79707
Phone # (432) 695-4111
Fax # (432) 563-1101
Web Site mulhollandenergyservices.com

2022040541

**Ticket # 17351**

## General Information

| | | | |
|---|---|---|---|
| Start Date | 04/02/2022 05:30 AM | End Date | 04/02/2022 05:30 PM |
| Customer | Klaus, Inc. | | P. O. Box 1193 Drumwright, OK 74030 |
| Contact | Shane Hallman | | |
| Region | South Texas | | |
| Truck # | 155 | Lease/Well # | CUSHING TERMINAL |
| Manifest # | Na | AFE # | Na |
| Drilling Rig | Na | API # | Na |
| # of Loads | Na | | |
| Sales Rep | Gentry Scott | Location | Pleasanton, TX |
| HYDRO JOB TYPES | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES | Loaded Fresh Water | Yes |
| | | Washout on Location | YES |
| Disposal Location | | | |
| Approval | | | |

### Services

| Service Type | Service | Description | UoM | Qty | Unit Price | Total | Taxable |
|---|---|---|---|---|---|---|---|
| HYDRO | Hydro Vac Truck Bid | Hydro Vac Truck Bid | Day | 1 | $2,400.00 | $2,400.00 | |
| | | | | | Total | $2,400.00 | |

### Description
Hydroexcavation / spotlines

**Supplier Signature**

[signature]

**Buyer Signature**

_____

SERVICE ACKNOWLEDGED AND ARTICLES RECEIVED IN GOOD CONDITION UNLESS NOTED.
TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Overdue invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.

Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.

EXHIBIT 3

MULHOLLAND 3



**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, Texas 79707
Phone # (432) 695-4111
Fax # (432) 563-1101
Web Site mulhollandenergyservices.com

**Ticket # 17287**

## General Information

| | | | |
|---|---|---|---|
| Start Date | 04/01/2022 05:30 AM | End Date | 04/01/2022 05:30 PM |
| Customer | Klaus, Inc. | | P. O. Box 1193 Drumwright, OK 74030 |
| Contact | Shane Hallman | | |
| Region | South Texas | | |
| Truck # | 155 | Lease/Well # | CUSHING TERMINAL |
| Manifest # | Na | AFE # | Na |
| Drilling Rig | Na | API # | Na |
| # of Loads | Na | | |
| Sales Rep | Gentry Scott | Location | Pleasanton, TX |
| HYDRO JOB TYPES | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES | Loaded Fresh Water | Yes |
| | | Washout on Location | YES |
| Disposal Location | | | |
| Approval | | | |

## Services

| Service Type | Service | Description | UoM | Qty | Unit Price | Total | Taxable |
|---|---|---|---|---|---|---|---|
| HYDRO | Hydro Vac Truck Bid | Hydro Vac Truck Bid | Day | 1 | $2,400.00 | $2,400.00 | |
| | | | | | Total | $2,400.00 | |

**Description**
Hydroexcavation /potholes

**Supplier Signature**                **Buyer Signature**

*[signature]*

SERVICE ACKNOWLEDGED AND ARTICLES RECEIVED IN GOOD CONDITION UNLESS NOTED.
TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Overdue invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.

Customer shall      responsible for any and all reasonable attorney fees      with the collection of unpaid balances.

EXHIBIT 3                                                                                          MULHOLLAND 4



**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, Texas 79707
Phone # (432) 695-4111
Fax # (432) 563-1101
Web Site mulhollandenergyservices.com

**Ticket # 17286**

### General Information

| | | | |
|---|---|---|---|
| Start Date | 03/31/2022 05:30 AM | End Date | 03/31/2022 05:30 PM |
| Customer | Klaus, Inc. | | P. O. Box 1193 Drumwright, OK 74030 |
| Contact | Shane Hallman | | |
| Region | South Texas | | |
| Truck # | 155 | Lease/Well # | CUSHING TERMINAL |
| Manifest # | Na | AFE # | Na |
| Drilling Rig | Na | API # | Na |
| # of Loads | Na | | |
| Sales Rep | Gentry Scott | Location | Pleasanton, TX |
| HYDRO JOB TYPES | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES | Loaded Fresh Water | Yes |
| | | Washout on Location | YES |

Disposal Location
Approval

### Services

| Service Type | Service | Description | UoM | Qty | Unit Price | Total | Taxable |
|---|---|---|---|---|---|---|---|
| HYDRO | Hydro Vac Truck Bid | Hydro Vac Truck Bid | Day | 1 | $2,400.00 | $2,400.00 | |
| | | | | | Total | $2,400.00 | |

### Description

Hydroexcavation / spotlines

**Supplier Signature**



**Buyer Signature**

_____

SERVICE ACKNOWLEDGED AND ARTICLES RECEIVED IN GOOD CONDITION UNLESS NOTED.
TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Overdue invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.

Customer shall    responsible for any    all reasonable    associated with the collection of unpaid balances.

EXHIBIT 3

MULHOLLAND 5



**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, Texas 79707
Phone # (432) 695-4111
Fax # (432) 563-1101
Web Site   mulhollandenergyservices.com

Ticket # 17285

## General Information

| | | | |
|---|---|---|---|
| Start Date | 03/30/2022 05:00 AM | End Date | 03/30/2022 02:00 PM |
| Customer | Klaus, Inc. | | P. O. Box 1193 Drumwright, OK 74030 |
| Contact | Shane Hallman | | |
| Region | South Texas | | |
| Truck # | 155 | Lease/Well # | CUSHING TERMINAL |
| Manifest # | Na | AFE # | Na |
| Drilling Rig | Na | API # | Na |
| # of Loads | Na | | |
| Sales Rep | Gentry Scott | Location | Pleasanton, TX |
| HYDRO JOB TYPES | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES | Loaded Fresh Water | Yes |
| | | Washout on Location | YES |
| Disposal Location | | | |
| Approval | | | |

## Services

| Service Type | Service | Description | UoM | Qty | Unit Price | Total | Taxable |
|---|---|---|---|---|---|---|---|
| HYDRO | Hydro Vac Truck Bid | Hydro Vac Truck Bid | Day | 1 | $2,400.00 | $2,400.00 | |
| | | | | | Total | $2,400.00 | $2,400.00 |

## Description

Hydroexcavation /potholes

**Supplier Signature**

**Buyer Signature**

SERVICE ACKNOWLEDGED AND ARTICLES RECEIVED IN GOOD CONDITION UNLESS NOTED.
TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Overdue invoices are subject to a late payment charge of 1.5% per month on any unpaid balances.

Customer shall be responsible for   all reasonable   with the collection of unpaid balances.

EXHIBIT 3

MULHOLLAND 6