UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § <br> KLAUS, INC. § <br> § <br> Defendant/Third-Party Plaintiff, § <br> § <br> v. § <br> § <br> ENBRIDGE STORAGE (CUSHING) L.L.C.; § <br> and CLERMONT INNOVATIVE DESIGN, § <br> LLC, § <br> § <br> Third-Party Defendants. § <br> § | | CASE NO. 5:24-CV-00093-XR |

**ADVISORY REGARDING MEDIATION AND REQUEST TO ABATE PROCEEDINGS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE XAVIER RODRIGUEZ:

Third-Party Defendant Enbridge Storage (Cushing) L.L.C. ("Enbridge") submits this Advisory Regarding Mediation and Request to Abate Proceedings and states as follows:

1. On November 8, 2024, Enbridge filed its *Motion to Strike for Improper Impleader and Motion to Dismiss for Improper Venue*. (Doc. 41).

2. On November 19, 2024, Defendant/Third-Party Plaintiff Klaus, Inc. filed its Response and Brief in Support opposing Enbridge's motions. (Doc. 45).

3. On November 26, 2024, Enbridge filed its Reply in Support of its motions. (Doc. 46).

4. Enbridge's motions remain pending before the Court.

5. The Court issued an Amended Scheduling Order setting January 31, 2025, as the mediation deadline. (Doc. 35).

1

6. The parties have not mediated the case as they await the Court's ruling on Enbridge's pending motions.

7. Enbridge respectfully requests that the Court abate all deadlines until it rules on the pending motions.

>Respectfully submitted,
>
>**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
>
>*/s/ Ronald W. Dennis*
>Ronald W. Dennis
>State Bar No. 24056356
>Federal ID No. 33889
>ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
>802 N. Carancahua, Suite 1300
>Corpus Christi, Texas 78401
>Tel: (361) 884-8808
>Fax: (361) 884-7261
>Email: ronald.dennis@roystonlaw.com
>**ATTORNEYS FOR THIRD-PARTY DEFENDANT ENBRIDGE STORAGE (CUSHING) L.L.C.**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

## CERTIFICATE OF CONFERENCE

Efforts to confer with Jason Lee Van Dyke, Jared L. Byrd, P. Scott Hathaway, and Ryan Scharnell, counsel of record for the parties, were undertaken prior to filing this *Advisory Regarding Mediation and Request to Abate Proceedings*. However, despite the efforts to confer, confirmation that all parties are unopposed to the relief sought in this *Advisory Regarding Mediation and Request to Abate Proceedings* could not be obtained.

>*/s/ Ronald W. Dennis*
>**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS**, L.L.P

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served by the method indicated below to all counsel of record on the 31st day of January 2025.

*/s/ Ronald W. Dennis*
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS,** L.L.P