IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC, <br> *Plaintiff* <br><br> -vs- <br><br> KLAUS, INC., ENBRIDGE STORAGE (CRUSHING) L.L.C, <br> *Defendants* | § § § § § § § § § § | SA-24-CV-00093-XR |

**ORDER RESETTING FINAL PRETRIAL CONFERENCE**

On this day the Court considered the status of this case. The final pretrial conference is now reset for **Tuesday, July 22, 2025** at **10:00 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance.

It is so **ORDERED**.

**SIGNED** this 2nd day of May, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE