IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC, | § § § § § | |
| *Plaintiff,* | § | 5:24-CV-00093-XR |
| vs. | § § | |
| KLAUS, INC., ENBRIDGE STORAGE (CRUSHING) L.L.C, | § § § § | |
| *Defendants.* | § § | |

**ORDER SETTING STATUS HEARING**

Before the Court is Enbridge's Motion to Strike for Improper Pleader and Motion to Dismiss for Improper Venue, Dkt. No. 41. This Motion was referred by the District Judge by text-order on April 1, 2025.

**IT IS ORDERED** that this Motion is set for a status hearing on **May 22, 2025**, at **2:00 pm**. All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256

**Meeting ID:** 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy.

Parties should be prepared to discuss this Motion at the hearing.

**IT IS SO ORDERED.**

SIGNED this 8th day of May, 2025.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE