IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC, | § § § § | |
| *Plaintiff,* | § § | 5:24-CV-00093-XR |
| vs. | § § § | |
| KLAUS, INC., ENBRIDGE STORAGE (CRUSHING) L.L.C, | § § § § | |
| *Defendants.* | § § § | |

**ORDER**

**IT IS ORDERED THAT** the May 22, 2025, Hearing **is RE-SET** to June 10, 2025 **at 11:30 a.m.**

**IT IS SO ORDERED**.

SIGNED this 16th day of May, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE