UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. SA-24-CV-00093-XR |
| KLAUS, INC. | § § § | |
| *Defendant / Third-Party Plaintiff,* | § § | |
| v. | § § | |
| ENBRIDGE PIPELINES, INC.; CLEVELAND INTEGRITY SERVICES, LLC; and CLERMONT INNOVATIVE DESIGN, LLC, | § § § § § | |
| *Third-Party Defendants.* | § | |

## ORDER

On this date, this Court Considered Third-Party Defendant Enbridge Storage (Cushing) L.L.C.'s Motion to Strike for Improper Impleader and Motion to Dismiss for Improper Venue and Third-Party Clermont Innovative Design, LLC's Motion in Support thereof and find that the Motions should be GRANTED for the reasons stated therein.

Therefore, The Court hereby dismisses Klaus, Inc.' claims against Clermont Innovative Design, LLC, without prejudice.

Signed and Entered this _____ day of _____, 2025

_____
United States District Judge