IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC, | § § § § § § § § § § § § § § | 5:24-CV-00093-XR |
| *Plaintiff,* | | |
| vs. | | |
| KLAUS, INC.,  ENBRIDGE STORAGE (CRUSHING) L.L.C, | | |
| *Defendants.* | | |

## **ORDER**

Before the Court is the status of this case. The Motion to Strike filed by Enbridge Storage, LLC, Dkt. No. 41, was referred by text-order on April 1, 2025, and the Motion to Dismiss filed by Clermont Innovative Design, Dkt. No. 52, was referred by text-order on June 2, 2025.

The Court held a hearing via Zoom on June 10, 2025, at which all parties appeared through council of record. As discussed at the hearing, the parties are ordered to confer regarding jurisdiction and then jointly file, within seven days after the June 10 hearing, an advisory or motion discussing the conference and requesting any appropriate relief in light of the conference.

**IT IS SO ORDERED.**

SIGNED this 11th day of June, 2025.

_____
RICHARD B.  FARRER
UNITED STATES MAGISTRATE JUDGE