23-09-0608-CVA
CAUSE NO. _____

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| KLAUS, INC. | § | |
| Defendant. | § | ATASCOSA COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### I.   DISCOVERY CONTROL PLAN

1.1   This is a track one case. Plaintiff seeks monetary relief in the amount of $250,000.00 or less including damages of any kind, pre-judgment interest, and attorney fees. This is an expedited action.

### II.   PARTIES

2.1   Plaintiff is Mulholland Energy Services, LLC ("Plaintiff"), a Texas limited liability company, whose address is 10308 WCR 72, Midland, TX 79707.

2.2   Defendant, Klaus, Inc., an Oklahoma Corporation, may be served with process by and through its registered agent, Kelly D. Klaus, at 7403 E Eseco Road, Cushing, OK 74023

2.3   Jurisdiction is proper because Plaintiff seeks monetary damages that are within the jurisdictional limits of this Court.

2.4   Venue is appropriate in this Court because all or part of the goods purchased or services rendered were performed in Pleasanton, Texas within Atascosa County.

### III.   FACTS

3.1   In the ordinary course of business Plaintiff sold to Defendant one or more items

ORIGINAL PETITION
**EXHIBIT 2**

Filed 9/28/2023 3:36 PM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Ashley Reynolds

Page 1

      of goods, wares, merchandise, or services, as described, and shown on the invoices attached hereto as Exhibit "A" and incorporated by reference herein.

3.2    This account represents a transaction or series of transactions for which a systematic record has been kept.

3.3    The prices charged for each item were just and true because they were either (a) according to the terms of a written contract; or (b) the usual, customary, and reasonable prices for each item.

3.4    The account remains unpaid. The principal balance due to Plaintiff on the account is $89,097.36, exclusive of interest, after all just and lawful offsets, payments, and credits have been allowed.

3.5    This is a suit on a sworn account brought pursuant to Rule 185 of the Texas Rules of Civil Procedure. See Ex. B.

3.6    All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## IV.   ATTORNEY FEES

4.1    The failure and refusal of Defendant to pay its lawful debts has made it necessary for Plaintiff employ the undersigned attorney to file suit. This claim was timely presented to Defendant remains unpaid. Reasonable fees for the attorney's services rendered and to be rendered through trial and appeal are at least $26,729.20. Plaintiff's entitlement to attorney fees is pursuant to Tex. Civ. Prac. & Rem. Code § 38.001(7).

## V.   PRAYER

5.1 Plaintiff prays that Defendant be cited to appear and answer and that;

    a. Plaintiff be granted judgment against Defendant for actual damages in the amount of $89,097.36;

    b. Plaintiff be granted judgment for prejudgment and post-judgment interest at the highest rate permitted by law or contract;

    c. Plaintiff be granted judgment for its reasonable attorney's fees in the amount of at least $26,729.20 with additional contingent amounts in the event of appellate proceedings;

    d. Plaintiff be granted judgment for all costs of court; and

    e. Plaintiff be granted all such further relief, in law and in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

**Magana & Van Dyke, PLLC**

 /s/ Jason Lee Van Dyke
Jason Lee Van Dyke
Bar No. 24057426
1417 E. McKinney St., #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
Email: jason@marsalalawgroup.com

# Exhibit "A"

EXHIBIT 2



# MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2022 | 20220405041 |

**Bill To**
Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**
Pleasanton, TX

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
|  | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| **P.O. No.** | **Co. Man** | **Drilling Rig** |
| Manifold 206 | Shane Hallman |  |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-03-30 | 17285 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-03-31 | 17286 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-01 | 17287 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-02 | 17351 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $9,600.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $9,600.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,600.00 |

501

# EXHIBIT 2

Page 5



# MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|---|---|
| 4/9/2022 | 20220412053 |

**Bill To**
Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**
Pleasanton, TX

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
| Na Na | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| P.O. No. | Co. Man | Drilling Rig | |
| NA | Shane Hallman | Na | |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc. | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-04-04 | 17677 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-05 | 17678 | A | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-06 | 17946 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-07 | 17947 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17895 | | 141 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17896 | | 141 | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-08 | 17949 | Na | Na | | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-09 | 17951 | Na | 155 | | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE. Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| Subtotal | $19,200.00 |
| Sales Tax (6.75%) | $0.00 |
| Total | $19,200.00 |
| Payments/Credits | $0.00 |
| Balance Due | $19,200.00 |

501

**EXHIBIT 2**

Page 6



# MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|---|---|
| 4/12/2022 | 20220419018 |

**Bill To**
Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**
Pleasanton, TX

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
|  | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |

| P.O. No. | Co. Man | Drilling Rig |
|---|---|---|
| Manifold 206 | Shane Hallman |  |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-04-11 | 17953 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Mob/Demob | 2022-04-12 | 18577 |  | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Per Diem | 2022-04-12 | 18577 |  | 155 |  | Day | 1 | 250.00 | 250.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| **Subtotal** | $5,050.00 |
| **Sales Tax (6.75%)** | $0.00 |
| **Total** | $5,050.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,050.00 |

501

EXHIBIT 2

Page 7



# MULHOLLAND ENERGY SERVICES

10308 WCR 72
Midland, TX 79707

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2022 | 20220503042 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location**

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
|  | CUSHING TERMINAL | provide hydrovac to spot underground line and utilities |

| P.O. No. | Co. Man | Drilling Rig |
|---|---|---|
|  | Shane Hallman |  |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-04-27 | 20029 |  | 165 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-28 | 19953 | Na | 165 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-29 | 19954 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-04-30 | 19955 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| Subtotal | $9,600.00 |
| Sales Tax (6.75%) | $0.00 |
| Total | $9,600.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$9,600.00** |

501

**EXHIBIT 2**

Page 8



# Invoice

**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, TX 79707

| Date | Invoice # |
|---|---|
| 5/5/2022 | 20220509082 |

**Bill To**
Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Location:** Pleasanton, TX

| AFE # | *Rig/Location* | Job Description |
|---|---|---|
|  | CUSHING TERMINAL | PROVIDE HYDROVAC TO SPOT UNDERGROUND LINES & UTILITIES |
| P.O. No. | Co. Man | Drilling Rig |
| Manifold 206 | Shane Haliman |  |

| Description | Date | Ticket # | Manifest # | Truck # | Disposal Loc... | UOM | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hydro Vac Truck Bid | 2022-05-02 | 20805 |  | 165 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-03 | 20554 |  | 165 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-04 | 20558 | Na | 165 |  | Day | 1 | 2,400.00 | 2,400.00 |
| Hydro Vac Truck Bid | 2022-05-05 | 20567 | Na | 155 |  | Day | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE. Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

| | |
|---|---|
| Subtotal | $9,600.00 |
| Sales Tax (6.75%) | $0.00 |
| Total | $9,600.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$9,600.00** |

501

**EXHIBIT 2**

Page 9



# Invoice

**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, TX 79707
(432)695-4111

| Date | Invoice # |
|---|---|
| 5/9/2022 | 223831 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Job Description:** POTHOLING - TRENCHING

| P.O. Number | *Rig/Location* |
|---|---|
| manifold206 | Enbridge -M206/M223 cushing ok |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/9/2022 | Hydro Vac Truck 166 H24051 | 1 | 2,400.00 | 2,400.00 |
| 5/10/2022 | Hydro Vac Truck 166 H24052 | 1 | 2,400.00 | 2,400.00 |
| 5/11/2022 | Hydro Vac Truck 166 H24053 | 1 | 2,400.00 | 2,400.00 |
| 5/12/2022 | Hydro Vac Truck 166 H24054 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances. MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $9,600.00

501

**EXHIBIT 2**



**MULHOLLAND ENERGY SERVICES**
10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2022 | 2204080 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| P.O. Number | *Rig/Location* | Job Description |
|---|---|---|
| Manifold 206 | ENBRIDGE -M206-M223-CUSHING, O | POTHOLING AND TRENCHING |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/16/2022 | Hydro Vac Truck 166 H24055- | 1 | 2,400.00 | 2,400.00 |
| 5/17/2022 | Hydro Vac Truck 166 H24056- | 1 | 2,400.00 | 2,400.00 |
| 5/18/2022 | Hydro Vac Truck 166 H24057 | 1 | 2,400.00 | 2,400.00 |
| 5/19/2022 | Hydro Vac Truck 166 H24058 | 1 | 2,400.00 | 2,400.00 |
| 5/20/2022 | Hydro Vac Truck 166 H24059 | 1 | 2,400.00 | 2,400.00 |
| 5/21/2022 | Hydro Vac Truck 166 H24060 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances. MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $14,400.00

501

# EXHIBIT 2

Case 5:24-cv-00093-XR    Document 55-2    Filed 06/13/25    Page 12 of 15



**MULHOLLAND ENERGY SERVICES**

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2022 | 224500 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

| P.O. Number | *Rig/Location* | Job Description |
|---|---|---|
|  | Enbridge M206-M223-Cushing, OK | POTHOLING/TRENCHING |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/23/2022 | Hydro Vac Truck 166 H24061 | 1 | 2,400.00 | 2,400.00 |
| 5/24/2022 | Hydro Vac Truck 166 H24062 | 1 | 2,400.00 | 2,400.00 |
| 5/26/2022 | Hydro Vac Truck 166 H24063 | 1 | 2,400.00 | 2,400.00 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances.
MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $7,200.00

501

EXHIBIT 2

Page 12



**MULHOLLAND ENERGY SERVICES**

10308 WCR 72
Midland, TX 79707
(432)695-4111

# Invoice

| Date | Invoice # |
|---|---|
| 6/8/2022 | 225223 |

**Bill To**

Klaus, Inc.
P.O. 1193
Drumwright, OK 74030

**Job Description**

Potholing- Trench

| P.O. Number | *Rig/Location* |
|---|---|
|  | Enbridge -M206/M223 Cushing OK |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 6/7/2022 | Hydro Vac Truck 166 -H24072 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Hydro Vac Truck 166 -H24073 | 1 | 2,400.00 | 2,400.00 |
| 6/8/2022 | Fresh Water Fee-HYDRO | 30 | 1.50 | 45.00T |
|  | Logan County Oklahoma Sales Tax |  | 5.25% | 2.36 |

TOTAL AMOUNT DUE WITHIN 30 DAYS OF THE INVOICE DATE.
Over due invoices are subject to a late payment charge of 1.5% per month on any unpaid balances. Customer shall be responsible for any and all reasonable attorney fees associated with the collection of unpaid balances. MAKE ALL CHECKS PAYABLE TO MULHOLLAND ENERGY SERVICES.

**Total** $4,847.36

501

# EXHIBIT 2

# Exhibit "B"

EXHIBIT 2

Page 14

## UNSWORN DECLARATION FOR SUIT ON A SWORN ACCOUNT

1. My name is **Stacey Parker**.

2. I am the **Office & Collections Mgr** of **Mulholland Energy Services** ("Plaintiff") and I have care, custody and control of all records concerning the account of **Klaus, Inc** ("Defendant" or "Defendants").

3. These records show that, as of **June 8**, 20**22**, the total principal balance of $**89,097.36** (USD), exclusive of interest, is due and payable by Defendant to Plaintiff and demand for payment was made more than 30 days ago.

4. I hereby aver that the claim attached to Plaintiff's Original Petition is within my personal knowledge, is just and true, is due by Defendant to Plaintiff, and that all just and lawful offsets, payments, and credits to this account have been allowed..

My name is **Stacey Parker**, my date of birth is **8/22/66**, and my address is **10308 WCR 72, Midland TX 79707** in **Midland** County/Parish, State of **Texas**, U.S.A.. I declare under penalty of perjury that I have read this unsworn declaration, that its contents are within my personal knowledge, and that it is true and correct.

Executed in **Midland** County/Parish, State of **Texas**, U.S.A. on **August 14**, 20**23**.

/s/ **Stacey Parker**
Declarant

UNSWORN DECLARATION

**EXHIBIT 2**