UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MULHOLLAND ENERGY SERVICES, LLC** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> § <br> **KLAUS, INC.** § <br> § <br> **Defendant/Third-Party Plaintiff,** § <br> § <br> v. § <br> § <br> **ENBRIDGE STORAGE (CUSHING), LLC,** § <br> **and CLERMONT INNOVATIVE DESIGN,** § <br> **LLC,** § <br> § <br> **Third-Party Defendants.** § | **CASE NO. SA-24-CA-00093-XR** |

## ORDER ON MULHOLLAND ENERGY SERVICES, LLC AND KLAUS, INC.'S MOTION TO DISMISS WITHOUT PREJUDICE

After considering Plaintiff Mulholland Energy Services, LLC and Third-Party Plaintiff Klaus, Inc.'s Motion to Dismiss without Prejudice, and considering the agreement between the Parties regarding same, the Court:

FINDS that it has subject matter jurisdiction over the disputes based on the diversity of parties.

The Court further FINDS there is good cause to grant the motion to dismiss without prejudice. Therefore, the Court GRANTS Mulholland Energy Services, LLC and Third-Party Plaintiff Klaus, Inc.'s Motion to Dismiss without Prejudice, with each party being responsible for their own attorneys' fees and court costs.

This ORDER finally disposes of all parties and all claims and is appealable.

Signed on _____, 2025

_____
U.S. District Judge