**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MULHOLLAND ENERGY SERVICES, LLC,<br>    *Plaintiff* | § § § § | SA-24-CV-00093-XR |
| -vs- | § § § | |
| KLAUS, INC.,<br>    *Defendant/Third-Party Plaintiff* | § § § § | |
| -vs- | § § § | |
| ENBRIDGE PIPELINES, INC.;<br>CLERMONT INNOVATIVE DESIGN, L.L.C,<br>    *Third-Party Defendants* | § § § § § | |

**ORDER**

Before the Court is Plaintiff Mulholland Energy Services, LLC, and Defendant/Third-Party Plaintiff Klaus, Inc.'s Joint Unopposed Motion to Dismiss Without Prejudice. (ECF No. 56).

The Motion requests dismissal of all claims and causes of action asserted against Defendant Klaus, Inc. Additionally, the Motion requests dismissal of Third-Party Plaintiff Klaus' claims asserted against Third-Party Defendants Enbridge Storage, LLC ("Enbridge") and Clermont Innovative Design, LLC ("Clermont").

Upon careful consideration, Plaintiff Mulholland and Defendant Klaus's Joint Unopposed Motion to Dismiss Without Prejudice is **GRANTED** (ECF No. 56). Plaintiff Mulholland's claims against Defendant Klaus are **DISMISSED WITHOUT PREJUDICE** as unopposed and agreed.

Third-Party Plaintiff Klaus' claims against Third-Party Defendants Enbridge and Clermont are likewise **DISMISSED Without PREJUDICE** as unopposed.[1]

Third-Party Defendant Enbridge's Motion to Strike for Improper Impleader and Motion to Dismiss for Improper Venue is **DENIED** as **MOOT**. (ECF No. 41).

Third-Party Defendant Clermont's Motion to Dismiss is **DENIED** as **MOOT**. (ECF No. 52).

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 2nd day of July, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[1] The Motion to Dismiss at hand was filed on June 17, 2025. To date, neither Third-Party Defendant has filed a response to Third-Party Plaintiff's Klaus Motion to Dismiss claims against the Third-Party Defendants. Pursuant to local rule CV-7, if no response is filed within 14 days after the filing of a motion, the court may grant the motion as unopposed.